RECEIVED
SDNY PRO SE OFFICE

2022 AUG -1 PM 2: 52

Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT OF THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIO CELLI, | Case No.: **22-cv-6535** |
| Petitioner, | |
| | **JURY** |
| vs. | |
| JUDGE ENGELMAYER,[1] JUDGE SWAIN,[2] JUDGE LIVINGSTON,[3] JUDGE DONNELLY[4], JUDICIAL SEIBEL[5], AG GARLAN[6], AUSA PEACE[7], AUSA WILLIAMS,[8] AUSA KARAMIGOUS,[9] OFFICER LOMBARDO, MS. WEINRAUCH, MS. KELLAMAN, AND MR. SILVERMAN | |

1. I bring this action as injunction of being placed in FMC because Judge, illegally because, according to Judge Engelmayer, "it was planned this way" and Ms. Kellman said, "the judge told me to make sure you are placed in a mental institution with the Judge Engelmayer saying, "I called Ms. Kellman especially for you."
2. Judge Engelmayer said, "you will never receive justice here" on April 6, 2021
3. Judge Engelmayer planned it with the helped of Ms. Kellman and other judges
4. To stop Sen. Schumer from helping to cover up the crimes of Judge Engelmayer, Judge Cogan

---

[1] Judicial Immunity from Oct. 16, 2020 to April 5, 2021, but Judge Engelmayer lost judicial immunity/capacity when he practiced law on April 6, 2020—but whomever is assign will decide ultimately
[2] Judicial Immunity
[3] Judicial Immunity
[4] Judicial Immunity
[5] Judicial Immunity
[6] Prosecutorial Immunity
[7] Prosecutorial Immunity
[8] Prosecutorial Immunity
[9] Prosecutorial Immunity
JURY - 1

5. To vacate the decisions of Judge Cooper, Judge Swain and Judge Siebel, as they cover up Judge Engelmayer's criminal conduct and, especially now that he said he planned it this way because they are valid petition to show that I was denied a fair trial, and Mr. Perez is covering up edited transcripts, the intimidation and the structural errors claims because he is colluding with Judge Engelmayer because he said, "it was planned this way"

6. For the AUSA of EDNY and DOJ, in general, to provide me with equal protections of the laws, as my lawyers keep on committing crimes, and they admit who they did it for, against me as means to deprive me a fair hearing or fair trail

7. See the attachment for other allegations and lawsuits

8. But those who have immunity, I seek only an injunction for them to provide me equal protection of the laws

9. I am entitled to a new hearing before my liberty is taken on June 24, 2022 and before an unbiased judge, who is trying to cover his misconduct up—according to Ms. Kellman

10. I am entitled to a counsel who does not undermine me

11. Over 90 AUSA know that Ms. Kellman, Judge Engelmayer, Mr. Silverman, AUSA Karamigious, Officer Lombardo with his supervisor, deprived me a fair hearing and presented false report

12. According to Ms. Kellman, Judge Engelmayer told her that he needs to discredit me and cover up what he did to, which is why Mr. Perez wrote brief the way that he did, after court on May 4, 2022, and this was done with the help Judge Seibel because I told her that Mr. Perez was covering up what Judge Engelmayer and Mr. Silverman did to me.

13. Many of the DOJ personnel said that my rights were being taken for Randi Weingarten and that she someone fixing cases against you

14. Sen. Schumer has repeatedly said, "Randi is like a sister to me"

15. Betsy Combier played me an audio recording of Randi Weingarten paying Judge Marrero (Schumer) received $10,000 dollars to hide Randi Weingarten's misconduct in c Case No. 1:08-cv-00548-VM-AJP and caption was called Teacher4action v. Bloomberg et al, therefore the assumption that this judge received the same payment to help hide Randi Weingarten's conduct because EVERYONE, EVERYONE outside the 2d. Cir. knew Randi Weingarten and Judge Cogan committed crimes and that the AUSAs of EDNY were helping .

16. Except for Judge Cooper, all judges that I have had were recommended by Sen. Schumer

a. Judge Engelmayer lied about his association and called me stupid and crazy

b. Judge Donnelly lied at first, but once I reminded her of thier duagthers going to school together, then her memory came back

c. Judge Swain, she ignored the question

d. Judge Seibel and Judge Matsumoto, they ignored the fact that Sen. Schumer was listed and Judge Matsumoto was told about recusal

e. Judge Brodie, Judge Livingston, etc, they did not state their association

17. Judge Matsumoto and AUSA Karamigious, they still need to collect taxes from Betsy Combier because it is not a judicial act or prosecutorial act but a ministerial act—no discretion

18. Many DOJ that AUSAs of EDNY and judges were helping Randi Weingarten and I had to figure out who it was because they are going out of their way to protect her and retaliate against me for her …Sen. Schumer is the person that I say it is.

19. I never had to pay anyone for their opinion or get a senator to help me, like Randi Weingarten and EVERYONE knows that the system is helping her,which is the reason they are hiding details, which I have pointed out below because my lawyer, AUSA Karamigious hid the facts how how they helped Randi Wiengarten

20. I was illegally detained because it was preplanned by Judge Cogan, AUSAs of EDNY, and Randi Weingarten:

a. NYCDOE sent a letter dated Nov. 9, 2018 terminating my health benefits and taking me off payroll because of detention

b. Judge Cogan asked for my arrested-on Nov. 12, 2018

c. I was arrested and detained on Nov. 2018

d. The NYCDOE only knows of an arrest when a person is fingerprinted and that only occurred to me on Nov. 14, 2014

e. THEREFORE, the NYCDOE knew of the plan to illegally detain me prior to Judge Cogan asking

f. I was deprived of retro money because of this with the help of my lawyers, Judge Engelmayer, Judge Donnelly, Judge Cooper, Judge Swain, Judge Seibel and AUSAs of EDNY

| Supposed violation | The truth with audios sent to every single AUSA in the country—the statements below should appear on |
|---|---|

JURY - 3

|  | the transcripts, if Judge Engelmayer did not edit them, since he has that dirty habit |
|---|---|
| I informed Judge Engelmayer that I would place a rule 60, under Full and Fair Credit Clause before Judge Cogan<br><br>  A. Judge Cogan wrote the briefs that the arbitrator quoted<br>  B. Judge Cogan negotiated the CBA for the UFT, while at Strook for over20 years<br>  C. Both Judge Engelmayer and AUSA Karamigious said I had no business on a close docket | A. I told Judge Engelmayer on Dec. 1. 2021 with Full and Fair Credit Clause with facts of Judge Cogan's knowledge"<br><br>B. The judge approved that I could file under terms explained<br><br>C. Mr. Silverman viewed for threats, and he said they had none<br><br>D. The top Court of NYC state that arbitration are enforceable |
| I informed Judge Engelmayer that I would place a rule 60, under Full and Fair Credit Clause before Judge Matsumoto<br><br>  A. Both Judge Engelmayer and AUSA Karamigious said I had no business on a close docket<br>  B. And the judge wrote that she would not accept any more filings in this case | A. I told Judge Engelmayer on Dec. 1. 2021 with Full and Fair Credit Clause because the court below the top Court of NYC said verbal contract written in an email are enforceable<br><br>B. I informed the judge that the judge would have to guess how the top court would rule<br><br>C. I explained that, which Judge Engelmayer and the AUSAs |

| | know too, that Betsy misuses her 503(b) nonprofit foundation for the for profit paralegal business, which the evidence is on Judge Engelmayer's docket and Judge Matsumot's docket<br><br>D. I told both judges that the collection of taxes is not a judicial act or a prosecutorial act, but a ministerial act that provides no discretion |
|---|---|
| I told Mr. Silverman did not file my criminal complaints<br><br>A. Judge Engelmayer said, I don't care<br>B. I told Mr. Lombardo not to write what Mr. Silverman did, as means to protect him | Audio sent to Ms. Kopplin of the Senate Ethics Committee, Mr. Lombardo and is supervisors, and Mr. Amundson |

1. March 8, 2022, Judge Engelmayer informed me that he called Ms. Kellman, Esq. and told her why he needed her for this case—remember audio sent to everyone
2. On or around March 15, 2022, Ms. Kellman told me and Ms. Nephew what the judge wanted her to do, which was make sure that I get placed in a mental institution—this was NEVER said by Judge Engelmayer in front of me because I have it audio recorded and all AUSAs have the same audio.

JURY - 5

**THERFORE**, this instruction came from Judge Engelmayer well they spoke on the phone prior March 8, 2022—I was not told the date they spoke

3. I informed Mr. Lombardo with his supervisors, Ms. Kopplin, Mr. Amundson about the transcripts because Judge Engelmayer explained them.  See Exhibit B

4. On May 4, 2022, Judge Engelmayer said, "everything was planned this way," which he made him appear happy

5. On May 4, 2022, Ms. Kellman, in front of Mr. Silverman, said, "I committed misconduct, I can't do anything about it because the judge knows too because, as you see, he knew that the AUSA and officer committed misconduct, as he said "it was planned this way.

6. I asked Judge Engelmayer about Mr. Silverman's statement of not doing his job for Randi Weingarten and Officer Lombardo, I told him not to write about Mr. Silverman and you should understand by now, I have been protecting him too

| Violation Hearing | |
|---|---|
| On May 17, 2022, my brother emailed the following: (their lack of action is what Judge Engelmayer said was part of the plan)<br><br>      Lastly…are you going to tell the judge that the AUSAs and Ms. Kopplin have the audio recording of you telling me that you did not read the email that contained everything that you needed to review and | |

JURY - 6

obtain for the violation hearing? Or you telling me that the judge told you not to do anything—as he NEVER said this in front of me and …I know you are not going to tell the judge this, for sure, but you are required to tell the judge because the fact is, they have the audios of you and I speaking and your misconduct caused my situation—as you allowed the government to use a false report, perjury, use the transcript/audio of July 20th and did not witness to support that I did submit the filings in the manner in which Judge Engelmayer explained on July 20, 2022

On June 2, 2022, I wrote to Ms. Kellman and Mr. Lombardo (their lack of action is what Judge Engelmayer said was his plan)

(everyone is responsible, but Ms. Kellman is especially responsible for making this happen) I have asked to appear in court to present my audios sent to AUSAs to create a record of Ms. Kellman's misconduct—which the root of my distrust, according to AUSA Shaw—withholding information that maintained my liberty is

JURY - 7

a crime, which is what she said about MR. Silverman, the fact that Officer Lombardo with his Supervisor Ms. Weinrauch wrote a false report—which is a denial of due process and Ms. Kellman knows this with her 40approved years of experience.

**Please Take Notice**, it appears that this is not the first time that the judge and Ms. Kellman pulled this move. Where did not NOTHING, does answer the defendant, and does what judge told her what to do.—Ms. Kellman remembers the name because she was sued but it was dismissed

**Please Take Notice**, these were all sent to AUSAs

1.Judge Engelmayer said, "I called Ms. Kellman myself to represent you." On March 8, 20022

2.Ms. Kellman said, "the judge told me only do what I had to do to make sure that you are placed in a mental institution for mental health" I have to check the date but it occurred between March 8, and March 22 and Ms. Nephew was on the call

3.May 4, 2022 Ms. Kellman said, in front of Mr. Silverman, I committed misconduct and I judge knows it and there's nothing I can do it. (not sent to anyone)

JURY - 8

**To Mr. Silverman**, it's been over two weeks—did you clear the document for threats or file a complaint against Ms. Kellman because she KNOWINGLY screwed me over, lied to the judge, and for being a NASTY human. I need you to write to the judge and tell him that I do not trust Ms. Kellman, for cause, because she was not prepared and intentionally screwed me over because, according to her, the judge told her to do nothing but placed in a mental institution

**To Mr. Lombardo,** did you approve me using the internet on June 13 because that is what I was told today by my NYSUT attorney, which I forgot to ask you today? Or tell the  judge of Ms. Kellman not putting in that I do not trust her, I prefer a crackhead than her...I can forgive a crackhead for lying and screwing me over intentionally

**To Ms. Weinrauch, please inform the judge that I do not trust Ms. Kellman and the fact 94 plus AUSAs knows of your misconduct, that you approved a false report, aided Mr. Silverman by not reporting what he did, as it was sent to you, MS. Kopplin, and Mr. Amundson or the miscount of Ms. Kellman...the AUSAs have the knowledge which I provided you case law**

JURY - 9

To Mr. Perez, you have not
answered question to appeal
the decision, which I can and
provide them with audios sent
to AUSAs because there is an
audio that contains proof that
of what the judge did to edit
because it relates to 28 USC §
454

Below is the letter sent over
a week ago and issues that Ms.
Kellman does not address
because she is KNOWINGLY
committing a crime.

I have asked you to file a
items to protect me

I told you that I do not trust
you and I requested a hearing
so that I can present that you
were prepared on any date and
you treated me like shit, as
94 AUSAs have this evident
with the lies that you told
me;

94 AUSAs know of your
misconduct and that of the
government.

I do not trust you 94, a
crackhead can be trusted

Mr. Lombardo and Ms.
Winrauch..I need you set up a

meeting with the judge, so
that I could call  94 AUSAs
because they know of Ms.
Kellman's criminal conduct and
dthe government committed
perjury, 94 AUSAs KNOW that
Judge Engelmayer allowed it
…please see the case law below
because it is not what Mr.
Silverman wrote but what the
judge told me on July 20,
2021—which is what I
referenced numerous times


There are filings like
mandamus to correct the fact
that the judge lallowed
perjury, he there is an
appearance of collusion
between the Ms. Kellma
and  the judge and
allowed  Kellman to commit a
crime and not be prepared for
May 4—which I have audios


I appreciate the response
towards my inquiry on
medication. If the issue is me
bringing the medication to the
FMC, then I am ok with it.
However, I brought my,
medication on the day that I
was arrested, on Nov 14, 2018,
and I did not receive my
medication for 5 days because
MDC Brooklyn had to figure out
what medication I required, so
I have a little anxiety over
this issue. They sent my
medication home with my
clothes and shoes, following
my illegal detention and this
was when I arrived at MDC

Brooklyn, as the US Marshals
gave me my medication while I
waited for arraignment, at
EDNY courthouse.

What about the issues below,
as I would like them to be
included in the letter to the
judge this Friday—are you
going to include them?

I only had a detention hearing
probable cause hearing, please
I cannot go further with you b
you intentionally excluded evi
that there is a breakdown in c
communication and ignore my ri

Because there are documents th
the 60 days are over and I kno

You have done enough damage to
I cannot find the Supreme Cour
you and all AUSAs that you are
Engelmayer explained the speci
2021.   The way Mr. Silverman w
government presented, but you

On remand, the district court
judgment conforms with its ora
States v. Bates, 213 F.3d 1336

JURY - 12

sentence pronounced orally and unambiguously conflicts with the written order of judgment, the oral pronouncement governs)

United States v. Perkins, 935 F.3d 63, 65 (2d Cir. 2019) (explaining a condition may be supported by "anyone" of the factors)

As I said perjury and subornation of perjury by the government

Please motion the judge to have all my sessions with the psychiatrist/psychologist be videoed, as means to have an independent psychiatrist/psychologist to review their findings—if necessary.

I know I saw this either in a statute or case law from the Supreme Court or both

Independent Evaluation for sentencing before or after Bunter or whatever FMC that I am sent too

18 USC § 3006

**(e) Services Other Than Counsel.—**

**(1) Upon Request.—**

Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

I do not know if the judge will allow this or if the government will object, but please motion the judge if I could

surrender myself directly to Bunter vs the US Marshal and
return from Bunter in the same manner—it is either yes or no.

    a. This would mean I would provide my own transportation

    b. I assume that I would have to go by Amtrak and then a
    bus due to ankle bracelet.

    c. I would provide the court with receipt of ticket for
    Amtrak and bus ticket prior to leaving, if approved

In the order, the judge wrote quickest way to transport me to
an FMC institution, so I do not see the problem because I will
surrender myself to any FMC that is told me to go for 60 days.

Plus, I get 3 points reduction if I show at the BOP on my own
accord—this is only for the BOP and nothing else

In Mosely, 277 F. Supp. 3d at 1300, the defendant opposed
being transported and committed to the BOP facility for the
mental-health evaluation…put in both but I only oppose the
transportation

## Count 1

1. Those with judicial immunity and prosecutorial immunity provide me equal
   protection of laws and not depriving me of my civil rights for Randi
   Weingarten, Sen. Schumer, and Judge Cogan, as I have AUSAs saying that my
   rights are being taken from me and being given to Randi Wiengarten and Judge
   Cogan because they said it is OBVIOUS

2. To provide me with a fair trial and hearings

3. For the AUSAs of EDNY to stop conspiring with Judge Engelmayer, Judge
   Cogan and Randi Weingarten to deprive me rights, which I do have AUSAs
   saying this

JURY - 14

4. For senior leadership of the AUSAs of EDNY, they need to deal with AUSA Karamigous and AUSA Bensing making misrepresentation to the court (see docket) and presenting false report from law enforcement, as 90 AUSAs around this country have the audios to know Officer Lombardo wrote a false report

5. A stay on reporting to FMC Kentucky because Judge Engelmayer said, "it was planned this way" and the audios will confirm the collusion between Judge Engelmayer and Ms. Kellman

6. Judge Donnelly with the attorney disciplinary committee deal with the misconduct of the AUSAs of EDNY because I did find a case where the district court dealt with false reports and subornation of perjury

7. Judge Livingston to deal with all my CJA lawyer and Federal Defender, but Ms. Kellman and Mr. Silverman should not be allowed practice anywhere in the 2d. Cir. because AUSA Shaw said that he committed crimes against me and Ms. Kellman committed the same crime by not presenting evidence AND she admitted that she the only thing that she was going to do for me was place me in a mental institution because Judge Engelmayer said so and Judge Engelmayer said, "it was planned this way."

8. The US Probation is in the SDNY and they deprived me equal protection of the laws, according to Judge Engelmayer, he told them what to write

Count 2

9. 42 USC § 1983 claim against Judge Engelmayer, Mr. Perez, Ms. Kellman, Mr. Silverman, Officer Lombardo, AUSA Karamigious, as they conspired to deprive me liberty and a fair trial

10. The court will decide if Judge Engelmayer lost judicial immunity on April 6, 2021, when he practiced law under 28 USC § 454 because he told me what my intent will be and then had it edited out of the transcript, which Mr. Perez

11. AUSA Karamigious and Bensing have prosecutorial immunity

12. Over 90 AUSAs have the audios to prove this count

Count 3

13. 42 USC § 1983 claim against Judge Engelmayer who allowed Mr. Silverman to collude with Judge Cogan and Randi Weingarten, as he did not allow me to play my audio, because Mr. Silverman said that he did not do his job because of Judge Cogan and Randi Weingarten

14. Over 90 AUSAs have the audio to prove this count

Count 4

15. The AUSA received emails from me prior May 4, 2022

16. They have knowledge that I was deprived equal protection of the laws and required by policy[10] and Supreme Court to protect my civil rights and provide me equal protection

17. After reading the transcript, they will know that AUSA Karamigious suborned perjury and presented a false report to the court with the help of Judge Seibel

18. They have knowledge, via audios, that Judge Engelmayer deprived me of free will to plead guilty and that Mr. Perez is coving it up with the help of Judge Seibel, Judge Cooper, and Judge Swain

19. They have knowledge, via audios, that Mr. Silverman did not do his job for me because of Judge Cogan and Randi Weingarten with the help of Judge Engelmayer,[11] Judge Cooper, Judge Swain, and Judge Seibel

20. They know that senior leadership, AUSA Karamigious, and AUSA Bensing are subjected to 28 USC § 530b (McDade Act)

---

[10] I know DOJ policy provides with no right to claim and the Supreme Court wrote it, too.
[11] Judge Engelmayer said that he was protecting Mr. Silverman on May 4, 2022

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated this 9st of June, 2022

_____
                              Lucio Celli, Defendant

JURY - 17

Dated this 9st of June, 2022

Lucio Celli, Defendant

There are 18 pages

**SOUTHERN DISTRICT OF NEW YORK**

Lucio Celli.                              Case No.:

      Plaintiffs,

    v.                              **JURY TRIAL DEMANDED**

Judge Katzman,[1] Magistrate Scanlon,[2]
Judge Brodie,[3] Judge Cogan,[4] AUSA
Brady, AUSA Bensing,[5] AUSA
Karamigious,[6] AUSA John Doe,[7] Ms. Von
Dornum, Ms. Olivera, Mr. Weil, Ms.
Gerlernt, Federal Defenders (Board of
Directors), Mr. Hueston, Mr. Taylor, Ms.
Silverman, ~~Ms. Taylor~~ ~~Ms. Silverman~~, Mr.
Silverman, US Marshalls, Sen. Schumer,
Rhoda (Randi or **evil mob boss** or **Grand
Leech**) Weingarten,[8] Mayor DeBlasio,
NYC City Council members, the UFT
**(Cash Cow Milking Leeches)**, John or
Jane DOE of the DOE, Elizabeth Combier,
Susan Edelman of the NY POST, and NYC
Dep't of Education .



## I. NATURE OF THE CASE

    1 Plaintiffs, Lucio Celli bring this action individually. These plaintiffs (collectively

referred to as "Plaintiff") bring this action against Defendants Judge Katzman, Magistrate

Scanlon (Judicial Immunity and clerked for Judge Katzman), AUSA Brady (Prosecutorial

Immunity), Ms. Olivera, Mr. Weil, Federal Defenders, Mr. Hueston, Mr. Taylor, Ms. Silverman,

and Mr. Silverman, US Marshalls. (hereinafter referred to collectively as "Defendants," or

individually by their names). This complaint seeks remedies for constitutional remedies and

---

[1] Judicial Immunity and he passed away, so it does not matter
[2] Judicial Immunity
[3] Alleged victim so judicial immunity does not apply here
[4] Alleged victim so judicial immunity does not apply here
[5] Prosecutorial Immunity
[6] Prosecutorial Immunity
[7] Prosecutorial Immunity is a question of whether the actions were taken prior arrest
[8] Or Schumer's sister

1  damages for being detained illegally without procedural safeguards (abuse of process) and

2  denied of substantive right of liberty

3
## II. JURISDICTION and PARTIES
4

5    2. Defendants AUSA Brady,(Prosecutorial Immunity), Judge Katzman, Magistrate

6  Scanlon (Judicial Immunity, who clerked for Judge Katzman) and the **US Marshalls**, I bring

7  this cause of action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,*

8  *403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional

9  rights.

10    3. Defendants Ms. Olivera, Mr. Weil, Federal Defenders, Mr. Hueston, Mr. Taylor, Ms.

11  Silverman, and Mr. Silverman, I bring this action under 42 U.S.C. § 1983, you may sue state or

12  local officials for the "deprivation of any rights, privileges, or immunities secured by the

13  Constitution and [federal laws].

14

15
## III. FACTUAL ALLEGATIONS
16    1.  I incorporate all emails sent to the judges here

17    2.  The NYC DOE discounted my health benefits 5 days BEFORE the US Marshalls

18        obtained an arrested warrant and gave the arrest as the reason, so DOE ended my health

19
20        benefits 6 days before I was arrested—Nov 9, 2018

21    3.  The US Marshalls obtained on November 13, 2018

22    4.   I was arrested on November 14, 2018

23    5.  I had a kangaroo hearing as my detention hearing/probable hearing

24
25    6.  Judge Scanlon (clerked for Katzman), Ms. Olvera, and AUSA Brady deprived me of all

26        safeguards written in Bail Reform Act, which are needed to protect the substantive

27        rights—according to the Supreme Court in Salerno

28

7. Ms. Olvera duped me into waiving my probable cause hearing because she knew what the US Marshalls say that I was not a danger to anyone

8. I told Ms. Olivera that the US Marshalls told me that I was not a danger, but she that it could harm me

9. After I found USA v. McCrudden, cr-11-061 (DRH), I informed Ms. Olvera that the US Marshalls' statements to me were important, and she kept on saying that it would harm me

10. Ms. Olvera, Mr. Weil, Ms. Gerlent, Mr. Huetson, and Mr. Taylor hid the fact that US Marshalls' report stated that I was not a danger to anyone and that I was "nuisance" to the judges.

11. Ms. Olvera, Mr. Weil, Mr. Huetson, Mr. Taylor, Mr. Silverman, and Ms. Silverman never redid the bail hearing

12. The NYCDOE and the UFT denied me retro money because I was denied and there were no leaves for detention

13. Statements about Judge Cogan and his crime against me for the UFT (these are only a few examples, as I have more audio recorded)

    a. Ms. Olvera: "this case has nothing to do Judge Cogan or the UFT" and "it can't be your intent."

    b. Mr. Weil: "the intent is not yours, but that of the email."

    c. Mr. Hueston: "the government will not allow you to ask him about the UFT" or "the government will move to have him excluded, so it will not be the trial that you want."

    d. Mr. Taylor: "there is no intent requirement in this statute."

e.  Mr. Silverman: "I am could not present your intent because no one else believed Judge Cogan committed a crime."

f.  Ms. Silverman: "He [Cogan] did not work for the UFT"

14. Judge Donnelly repeatedly threatened me with jail time if I continued to ask about the bail hearing because it was the pass

15. Judge Engelmayer said, it could not be part of my defense and "you will not get justice here.'

16. Judges were recommended by Sen. Schumer to president

17. Per the Judicial Conference website, the head of the Federal Defenders (who is or was Ms. Von Dornum) chosen or appointed by late Chief Judge Katzman[9]

18. DOJ AUSAs took steps or did not take steps

19. I include all lawsuits and sealed documents into this document

20. I include correspondence to Shannon Kopplin and Senate, especially ethics committee

21. Sen. Schumer has openly said that "Randi is like a sister to me."

22. AFT has 1.7 million members that has a value, in terms of pushing pollical agendas and/or grassroot elections actions (knocking on doors, phone banking, bring voter to the polls, etc.)

23. It is my theory that I was denied liberty by Sen. Schumer's judge for Randi Weingarten/AFT and the UFT

a.  Judge Louderbauch said that he fixed cases for Sen. Shorthbridge because he (the senator) got him (the judge) his job

24. The UFT threatened to expose my rape if I filed my lawsuit

25. Judge Cogan was of counsel for the UFT

   a. Judge Ritter was impeached for the practice of law for his former clients

   b. AUSA Gold with 80 DOJ personnel said it was crime what Judge Cogan did for the UFT

   c. Then, there is the opinion of Justice Roberts for his recusal for his former clients

26. Betsy Combeir said that Randi likes to be vindictive when people name the UFT and Randi Weingarten and Judge Cogan had Betsy post items about either to shame me, like my HIV status, or deprive me of a fair trial

27. NYPOST reporter (Edelman) was given my health information, which she printed to deprive me of a fair trial

28. Edelman and Betsy Combier are friends, which is on the federal docket

29. Betsy Combier met with Judge Cogan and Randi Weingarten to plan their harassment of me with the fact that Randi Weingarten

30. There is a continuous cover up what Randi Weingarten did to me and she used her pollical connections have helped her---at the moment the connection that I speak about is Sen. Schumer

31. Chief Judge supervises all clerks (there is a statute for sure) and judicial employees, per the website

32. Clerks assign CJA lawyers to indigent people

## IV. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### ABUSE OF PROCESS

[9] At the time of her appointment or chosen ( I do not have the pdf from the website)

33. The above paragraphs are here incorporated by reference.

34. Defendants' intentional tortious acts were undertaken within the scope of their employment

35. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SECOND CAUSE OF ACTION

### Emotional Distress

36. The above paragraphs are here incorporated by reference.

37. Defendants' intentional tortious acts were undertaken within the scope of their employment

38. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## THIRD CAUSE OF ACTION

### Denial of procedural due process rights to protect my substantive right of liberty under the 5th and 14th Amendments (Substantive Due Process Violation)

39. The above paragraphs are here incorporated by reference.

40. Defendants' intentional tortious acts were undertaken within the scope of their employment

41. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FOURTH CAUSE OF ACTION

### Equal Protection of the laws

42. The above paragraphs are here incorporated by reference.

43. Defendants' intentional tortious acts were undertaken within the scope of their employment

44. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FIFTH CAUSE OF ACTION

### Conspiracy and Fraud to deny constitutional rights  under 42 USC § 1983.

45. The above paragraphs are here incorporated by reference.

46. Defendants' intentional tortious acts were undertaken within the scope of their employment

47. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SIXTH CAUSE OF ACTION

### Negligence

48. The above paragraphs are here incorporated by reference.

49. Defendants' intentional tortious acts were undertaken within the scope of their employment

50. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SEVENTH CAUSE OF ACTION

### 4th Amendment Violation (Unreasonable search and seizure-detention and arrest)

51. The above paragraphs are here incorporated by reference.

52. Defendants' intentional tortious acts were undertaken within the scope of their employment

53. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## EIGHTH CAUSE Of ACTION

### Fraud

54. The above paragraphs are here incorporated by reference.

55. Defendants' intentional tortious acts were undertaken within the scope of their employment

56. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## NINTH CAUSE OF ACTION

### Breach of Fiduciary Duty

57. The above paragraphs are here incorporated by reference.

58. Defendants' intentional tortious acts were undertaken within the scope of their employment

59. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TENTH CAUSE OF ACTON

### Denial of a fair trial

60. The above paragraphs are here incorporated by reference.

61. Defendants' intentional tortious acts were undertaken within the scope of their employment

62. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## EVELETH CAUSE OF ACTON

### Unlawful Detention

63. The above paragraphs are here incorporated by reference.

64. Defendants' intentional tortious acts were undertaken within the scope of their employment

65. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWELFTH CAUSE OF ACTION

### False arrest and imprisonment

66. The above paragraphs are here incorporated by reference.

67. Defendants' intentional tortious acts were undertaken within the scope of their employment

68. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## THIRTEEN CAUSE OF ACTION

### First Amendment Retaliation under 42 USC 1983

69. The above paragraphs are here incorporated by reference.

70. Defendants' intentional tortious acts were undertaken within the scope of their employment

71. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FOURTEEN CAUSE OF ACTION

72. The above paragraphs are here incorporated by reference.

73. Defendants' intentional tortious acts were undertaken within the scope of their employment

74. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### Retaliation under 42 USC 1983

75. The above paragraphs are here incorporated by reference.

76. Defendants' intentional tortious acts were undertaken within the scope of their employment

77. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FIFTEENTH CAUSE OF ACTION

1

**Due Process under USC under 42 USC 1983**

2

78. The above paragraphs are here incorporated by reference.

3

79. Defendants' intentional tortious acts were undertaken within the scope of their
employment

4

5

80. Defendants' intentional tortious acts were undertaken within their association with Sen.
Schumer with his sister-like, Rhonda Weingarten

6

7

8

**SIXTEEN CAUSE OF ACTION**

9

**Sixth Amendment violation of a conflict free lawyers.**

10

**EIGHTEENTH CAUSE OF ACTION**

11

12

81. The above paragraphs are here incorporated by reference.

13

82. Defendants' intentional tortious acts were undertaken within the scope of their
employment

14

15

83. Defendants' intentional tortious acts were undertaken within their association with Sen.
Schumer with his sister-like, Rhonda Weingarten

16

17

**Conspiracy to deny constitutional rights under 42 USC 1985**

18

84. The above paragraphs are here incorporated by reference.

19

85. Defendants' intentional tortious acts were undertaken within the scope of their
employment

20

21

86. Defendants' intentional tortious acts were undertaken within their association with Sen.
Schumer with his sister-like, Rhonda Weingarten

22

23

**NINETEENTH CAUSE OF ACTION**

24

**Denial of Access to the Courts**

25

26

87. The above paragraphs are here incorporated by reference.

27

88. Defendants' intentional tortious acts were undertaken within the scope of their
employment

28

89. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### TWENTIETH CAUSE OF ACTION

#### Failure to intervene

90. The above paragraphs are here incorporated by reference.

91. Defendants' intentional tortious acts were undertaken within the scope of their employment

92. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

# ****State Claims***

### TWENTIETH-FIRST CAUSE OF ACTION

#### Legal Malpractice: negligence

93. The above paragraphs are here incorporated by reference.

94. Defendants' intentional tortious acts were undertaken within the scope of their employment

95. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### TWENTIETH-SECOND CAUSE OF ACTION

#### Breach of Fiduciary duty

96. The above paragraphs are here incorporated by reference.

97. Defendants' intentional tortious acts were undertaken within the scope of their employment

98. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

# TWENTIETH-THIRD CAUSE OF ACTION

## __Fraud__

99. The above paragraphs are here incorporated by reference.

100.      Defendants' intentional tortious acts were undertaken within the scope of their employment

101.      Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

# TWENTIETH-FOURTH CAUSE OF ACTION

## __Aiding and abetting__

102.      The above paragraphs are here incorporated by reference.

103.      Defendants' intentional tortious acts were undertaken within the scope of their employment

104.      Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

# TWENTIETH-FITHT CAUSE OF ACTION

## __Conflict of Interest__

105.      The above paragraphs are here incorporated by reference.

106.      Defendants' intentional tortious acts were undertaken within the scope of their employment

107.      Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

# TWENTIETH-SIXTH CAUSE OF ACTION

## __Failed to exercise the ordinary reasonable skill and knowledge commonly possessed__

**Punitive Damages**

33. The conduct of Defendants described above is outrageous. Defendants' conduct demonstrates a reckless disregard for constitutional rights and a conscious disregard for public safety. The acts and omissions described above were willful and performed with actual or implied malice. Punitive and exemplary damages are therefore appropriate and should be imposed in this instance.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:

1. Injunctive and equitable relief as the Court deems appropriate including: please see injunctions before judge Swain and Judge Cooper; and

2. Compensatory damages to be paid by all Defendants, according to proof at trial;

3. Punitive damages as the court deems appropriate;

4. Costs and attorneys fees of this lawsuit, with interest;

5. Any other relief as the court deems appropriate.

Dated: March 19, 2022

Lucio Celli

Ms. Cook, Ms. Norton, Ms. Pestana, and Ms. Atkinson:

i.    For Ms. Atkinson

I request representation from the UFT on November 19, 2021

Atkinson is still a city employee and will be on payroll, for sure, close to retirement, so the city holds teachers accountable for administrative law, like break in service

Atkinson said it was "General Counsel's" decision that I was not entitled to retro

Ms. Norton worked at Strook, Strook, and Lavin

Judge Cogan with Randi Weingarten worked at Strook

Judge Cogan wrote briefs and motions for the UFT, which I asked Mr. Baranello to send to me and the House Judiciary Committee because he told me not to plead the UFT or he will dismiss my lawsuit and he did

*I have letters and audios from the DOE that I didn't have four tried*

ii.    The need for Ms. Pestana's presence at the conference

I request that you, Ms. Pestana present on November 19, 2021, as a supervisor of all lawyers in the City of New York. I was denied retro payment because of what will be discussed on November 19, 2021.

Renee Campion (Commissioner of Labor Relations for NYC) and Alan Klinger, Esq. (of Strook, Strook and Lavin—like Judge Cogan and Ms. Norton) said that the CBA between the UFT and the DOE DID NOT alter.

1. Guess what, Mr. Becker (for the DOE and forgot his title) echoed what Ms. Campion and Mr. Klinger told me
2. I contacted Ms. Campion and Mr. Klinger because they knew and understood the construction of CBA, as they have firsthand knowledge
3. NYC Personnel Rules and Regulations: Rule 6.2.4 states: any such reinstatement effected no more than one year after such separation shall not constitute service only 5 months that Ms. Atkinson said it was a break in service

VI.    Timeframe for 3020-a

I see the hearing beginning in January. I would like the city to agree to streaming my hearing live.

I need documents from the UFT/Randi and etc to the DOE, the mayor, city council and others which should be in the city's control

I need all this information to provide congress and the DOJ because I was denied my right to my own intent, to file additional complaint, and to show that Sen. Schumer is behind it

These are the judges that I have had, and I did not say anything about my plan, which began with an email to Sen. Schumer on 12/ 11/17:

Judge Donnelly, Judge Engelmayer, Judge Katzman, Magistrate Scanlon (Katzman), Chief Judge Livingston, Judge Lanier, Judge Brodie and a few more.. they did and behaved the way I excepted and similarly to what Randi told Judge Marrero to do (but I do not have that audio recording and it was not in discovery)

What they did to me was to help DOE/UFT/Randi Weingarten because I heard Randi pay Judge Marrero (Schumer judge) and I need to show the senate committee how and why

I have to send this out to court, but I will have an updated version on November 19, 2021

① Law Dept's Misconduct
• Sp ed
• APPI weed
• knowledge of Judge Cogan's
criminal conduct

How did the DOE Know ab__
my arrest before the US Mar__
DOE cut off my healthcare

a. New York State's public policy of encouraging the employment of persons with prior convictions or convictions.

b. The specific duties and responsibilities necessarily related to the license or employment sought.

c. The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his ability to perform one or more such duties or responsibilities.

d. The time which has elapsed since the occurrence of the criminal offense or offenses.

e. The age of the person at the time of the occurrence of the criminal offense or offenses.

f. The seriousness of the offense or offenses.

g. Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

h. The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

IV.    I request to review all documents and audio recordings with Ms. Cook and Pestana

This I need to provide Shannon Hamilton-Kopplin of the Senate Ethics committee how and what Sen. Schumer is helping the UFT/Randi/AFT and DOE to hide. I was able to get AUSAs to say crimes about certain things, but I was looking for "receivership" as an answer and this is the reason Mr. Silverman and Judge Engelmayer intimidated me.

I would like the meeting streamed live and to meet with Ms. Cook in person

V.    Retro Answer

Mr. Caldwell said he did not have to provide me with a written statement, and I am requesting that the DOE provide with one. Without me going into details, but the true reason is Mayor De Blasio and the Hobbs Act.

I am asking the court to force a statement as well

S397 of the New York City Charter permits the mayor, on consultation with corporation counsel and the affect agency head, to delegate to any agency" responsibility for the conduct of routine legal affairs of the agency, subject to monitoring by the corporation council and the authority of the mayor, on recommendation of corporation counsel, to suspend or withdraw, delegation

## III.   NYS Law

Ms. Cook, Ms. Pestana and I will follow the format from the state.

1. Article 23-A requires employers to evaluate qualified job seekers and current employees with conviction histories fairly and on a case-by-case basis.

2. NY Correction Law requires the following actions to occur:
   a. Section 750. Definitions
   b. 751 Applicability
   c. 752 Unfair discriminations against persons previously convicted of one
   d. Or more criminal offenses prohibited.
   e. 753 Factors to be considered concerning a previous criminal
   f. Conviction; presumption.
   g. 754. Written statement.
   h. 755 Enforcement.

3. Items that NYS Employers must consider when hiring or firing someone with convictions:

This format applied to the decision making for my retro money to, but the doe cited that I was arrested and detained as the reason they were depriving me

4. NYS Labor Law 195.05—Mr. Caldwell provided Ms. Price with a leave for that same reason that he denied me.

5. Both 3 and 4 are mandatory subjects of negotiation under the Taylor Law

6. I have ASUSAs who have told me that what the UFT and DOE did to me is retaliatory and colorable under Obstruction of Justice.

7. The UFT and DOE took monetary retaliation for exposing them and I have AUSAs saying what they done, if true, are crimes, which I am sending to the head of EDNY and SDNY—in the hopes that they deny me, as they were recommended to their position by Sen. Schumer, like all the other judges that I had

8. I emailed Sen. Schumer with plan of getting everyone on the stand

9. I have an automate email from Sen. Schumer's account

10. Mr. Baranello (DOE FOIL head) had the certified return receipts, DOJ, and various members of congress and their committees

11. Once they deny me, I hope to file another compliant with the ethic committee—I know, it is discretion, but not when it is influenced and paid for by Randi Weingarten because I do have audio recording of AUSAs

12. I request, you must per NYS laws, provide me an answer as to why the city denied me retro money

13. Ms. Cook is a nice lady and I prefer that I do not have to audio record her—it would be easier if it were you or someone that I do not know

14. Ms. Cook, unlike you or any lawyer, does not have knowledge required to make proper decisions under the law and DOE legal—I rather not say because I plan on calling them as witnesses.

15. My appeal should win my appeal because my claims are structural errors and require automatic reversal, but Randi has fixed it.

16. Ms. Cook is not prepared for November 19, 2021, as the DOE did not obtain 40 documents that are under steal

17. I did not plead guilty to anything, and transcripts have been altered, another reason that I complained to congress, and I can prove that the transcripts have omissions because I have audio recordings, which Mr. Baranello has one.

18. I have injunction depending in federal court, but I believe a decision will occur prior to November 19, 2021 and a decision will be rendered by the DOE prior the court dealing with my motion

19. The DOE and the UFT are the case for what Ms. Cook refuse to meet with me

There are 142 pages, as the clerks
Love to omit pages from my filings

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

aLucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT OF THE

SOUTHERN DISTRICT COURT OF NEW YORK

LUCIO CELLI,

Plaintiff,

vs.

Daniel Perez, Benjamin Silverman¹, Randi Weingarten,
Judge Cogan, Judge Engelmayer, Shannon Kopplin,
Senate Ethic Committee, Senate Judiciary Committee,
Chief Judge Livingston and Sen. Schumer

Defendant

Case No.:

DECLARATORY AND ~~INJUNCTIVE COMPLAINT~~
AGAINST DANIEL PEREZ OR ANY CJA
ASSIGNED TO WRITE THE APPEAL AND BEING
ILLEGALLY PLACED IN MENATAL HEALTH
WITHOUT DUB PROCESS BY SUSAN KELLMAN,
JUDGE ENGELMAYER WITH RULE 38 OF THE
FEDERAL RULES OF CIVIL PROCEDURE,
PLAINTIFF REQUESTS A TRIAL BY JURY ON
ALL ISSUES SO TRIABLE

RECEIVED
MAR 23 2022
PRO SE OFFICE

# I. NATURE OF THE CASE

1.  This is an action for declaratory judgment pursuant to the Federal Declaratory Judgments
    Act, 28 U.S.C. §§ 2201–2202, and Rule 57 of the Federal Rules of Civil Procedure.

2.  This is an action for injunction relief because it appears that Mr. Perez, esq. will not
    provide me with the required representation.

    a.  What is in between the lines are items that I told Mr. Perez that I wanted him to file
        because filing them protects my rights

    b.  Mr. Perez is under the assumption that the appeal and 28 USC § 2106 are the same,
        but the problem is the fact that not filing 28 USC § 2106 affects me

    c.  Filing an appeal and filing motion pursuant to 28 USC § 2106 are different, which I
        provided him a Supreme Court case that alludes to the difference.

---

¹ I do not know if he belongs here because I do not know what is under seal, as he might be
telling the truth

DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED
TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE
PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF
CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 1

3. This is an action for injunction relief because it appears that Susan Kellman, esq did not consult me about mental health treatment because Ms. Kellman believes that I am a dumb "ginny" and not entitled to due process

4. This is an action for injunction relief because it appears that Judge Engelmayer wants to retaliate against me for audio recording him intimidating me with the fact that he wants to hide audio recording of Mr. Perez not wanting to

5. Plaintiffs, Lucio Celli bring this action individually. These plaintiffs (collectively referred to as "Defendant") bring this action against Weingarten et al (with Daniel Perez, esq. named). **In terms of Mr. Perez—I seek to have him address the structural errors, intimdation by Judge Engelmayer and Mr. Silverman, and other items that appear on the docket.** This injunction seeks remedies to prevent Mr. Perez not preforming his duties and representing Judge Cogan and Randi

## II. JURISDICTION and PARTIES

6. Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 USC §1331, a case arising under the United States Constitution or federal laws, or treaties is a federal question case.  Under 28 USC § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $ 75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant maybe a citizen of the same State as any plaintiff.

7. The basis for federal court's jurisdiction is "Federal Question" and "Diversity of citizenship"

DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 2

**Federal Question:**

   a. The Constitutional torts are 1st Amendment (Social Contract Doctrine, petition to government, access to the court, etc.), 4th Amendment (Detainment, probable cause and abuse of process[2]), 5th Amendment (Due Process Clause), 6th Amendment (Effective assistant of counsel, impartial district, calling witnesses[3], etc.[4]) , 14th Amendment (Due Process, equal protection of the law, etc.[5]) and 42 USC § 1983

**"Diversity of citizenship"**

8. Daniel Perez, esq. 93 Spring St, Newton, NJ 07860

9. Amount in Controversy

   a. This is not about money presently, but the looming 3020-a could result in termination, so my yearly salary is well-above threshold of $75,000.

   b. This suit is about showing the country that I did not receive a trial

   c. This suit is about showing the country that Sen. Schumer judges helped Randi Weingarten deprive me all my constitutional rights

   d. My termination hearing will focus in on the criminal charges

   e. I want to be able to submit a video brief and show the structural errors

   f. I want to be able to show how the AUSAs of EDNY helped deprive me of a fair trial, deprived me liberty for Judge Cogan, and covered of Judge Cogan's crime for his former clients the UFT

---

[2] Not sure of this one because I do not have my computer to refer to information
[3] I believe the term is compulsory, but not sure because of no computer
[4] All terms that the Supreme has declared is needed for a fair trial within the 6th Amendment
[5] I remember equal protection and due process, but there are others like privileges that applies to my injunction.
DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 3

g.  I audio recorded and it is better for the public to see a face that corresponds with the voice

---

I am writing the Court to inform them that I need new counsel, **if** Mr. Daniel Perez, esq. does not ask for the following:

10. I need to play all my audio recordings of judges, my lawyers, and AUSAs for the public and I wish to do that in one of the senate committees (I believe that no court can order this)

11. Mr. Perez said that the only document under seal was my request to represent myself pro se, but in the same I mention the fact that Mr. Silverman was not my choice of lawyer—so he lied, which occurred on March 18, 2022

12. the Audio recording was sent to Ms. Kopplin of the Ethics Committee

13. Corey Amunson, Ms. Kopplin, Sen. Schumer, Senate Ethic Committee

14. Mr. Silverman said that he did not do his job because of Judge Cogan

15. Judge Engelmayer intimidated me, which Ms. Kopplin has one of the audio recording and Mr. Perez has not asked me anything

16. I wanted to withdraw my guilty plea because of the intimidation and coercion exhibited by Judge Engelmayer and

17. Extension of time because there are hearings that need to occur in district court via 28 USC § 2106

DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 4

a. Mr. Perez said he will read all documents

b. Mr. Perez gave me a few examples, but I do not trust because Judge Cogan has interfered between my lawyers and myself

c. **Example**, Mr. Silverman said, he would not present my intent of Judge Cogan committing a crime against me because no one else believed it."

   i. This is not the case as I have many, many AUSAs telling me Judge Cogan committed a crime against me

   ii. I have boarder like students believe Cogan committed a crime

   iii. Judge Ritter was impeached for practicing law for his former clients, like Judge Cogan for the UFT in my case

   iv. I cited a case where Justice Roberts said no one would believe that the decision was not influenced by him because they were once his clients

   v. Even without the above-referenced statements, the intent is mine and not his, so he was to present evidence based on my intent

18. Recusal of AUSA Karamigious with sanctions for misconduct

19. Asking the court for AUSA Karamigious to produce a waiver from the DOJ, as required

20. Motion to have my audio recordings of Judge Engelmayer intimidating me in court posted on the docket and have a page devoted to all my audio

DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 5

recordings of AUSAs, my lawyers, law enforcement because then a clear picture of how I was denied a fair trial will appear.[6]

    d.  I have read many opinions/decisions where the court of appeals states: "we cannot deduce a judge's statement for biasness because there are not any audios of the judge speaking"—or some variation

    e.  Now, Judge Engelmayer intimidated me on issues like bail, intent, allowed Mr Silverman to lie—knowingly because he, the judge, received my emails and other items.

21. Motions under 28 USC § 2106

    f.  Some already appear on the court of appeals' docket, but the court will not consider them unless the lawyer makes the request

    g.  Whose intent does 18 USC §875(c) require Judge Engelmayer's, Mr. Silverman's or AUSA Karamigious[7] **OR** does the statute require the defendant to say his or her intent.

        i.  I believe it is mine

    h.  Edelman of the NYPOST having my health information

    i.  Bail/illegally detained

    j.  Association with Sen. Schumer/recusal—Judge Porteous

    k.  The misconduct of my lawyers, which I have AUSAs saying so and letters from the DOJ

---

[6] I looked in my rules book and I do not know what type of motion would it be called
[7] Based on conversations with Mr. Silverman and I said about his conversations with the AUSA. I cannot state beyond what the AUSA wrote in the briefs or said in court

DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 6

l. The misconduct of the AUSAs, which I have AUSAs saying so and letters from the DOJ

m. The misconduct of Mr. Drom, as what he wrote does not match what I have Mr. Weiss telling me

n. Based on what Mr. Silverman said that doctors who wrote the psychological reports said that I was delusional because of Judge Cogan,

    i.  In NYS it is misconduct not to provide an example, which the three reports did not state

    ii. Whether what Mr. Silverman said, at the moment, is true or not, this is not relevant because, according to the state, how could anyone confront their delusions, if they are kept in the dark and could be malpractice

o. The issue that Judge Engelmayer knew, because he received the emails, that Mr. Silverman lied about who were a primary witnesses, like the judge and who could be a third-party witness, like Mr. Geyh

p. There are 30 or 40 (or lower or higher) motions not answered and placed under seal, which all need to be answered for a complete record

22. Judge Engelmayer impeded me from giving Ms. Karamigous USB of Mr. Perez lying about structural errors.

23. Ms. Kellman knew that I audio recorded March 8, 2022 and Judge Engelmayer said that it was for a resolution

24. Judge Engelmayer switched it and Ms. Kellman helped him

25. Ms. Kellman did not speak to me and did not ask me my wishes

26. On March 22, 2022, Mr. Silverman informed Judge Engelmayer of the documents placed under seal, which are the same documents that Cory Amundson, Shannon Kopplin, IG, congress and etc received the same document, which all have my errors

27. However, Mr. Silverman did say that he did not do his job because of Judge Cogan and Randi Weingarten

28. At the center of Mr. Perez's lies are Judge Cogan and Randi Weingarten

29. Chief Judge Livingston is in charge of clerks

30. Clerks selects CJA lawyers and I have been given lawyers who support Randi Weingarten

## Part 1: Reason

31. This request is being made pursuant to the Court's supervisory power of CJA lawyers. See Nnebe v. US, 534 F.3d. 87 (2d Cir. 2008)[8] I must find my other pdfs or sit with my brother to see what files were already sent and placed under seal. I am thinking of a Cronic case or Cronic-type case where the goals of the lawyer and the goals of the client diverge and creates a conflict of interest under Cronic.

## Part 2: Mr. Perez's statements to me

---

[8] Place holder until I can find the right case.
DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED
TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE
PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF
CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 8

32. Mr. Perez never said that he will not file anything but said he must review the documents and transcripts before he will give me his answer, which is a fair assessment—I believe. The only item that he said, "I do not believe, I will ask for an extension in this case." However, I know that the record is not complete, and I have experienced lawyers, in this case, say "we will see" and they never do anything. Mr. Silverman said, which is audio recorded, he would do and then he never did anything.

33. Mr. Perez has not received all transcripts to my knowledge nor has he reviewed them for his decision—fully, but he also said when he receives the transcripts, he will need to provide the court with a deadline of for his brief and this does not work for a timeframe that would include 28 USC § 2106

**Part 3: Extension of Time**

34. I require Mr. Perez to ask, at minimum, a month extension to review the record and see if he believes that will or not file 28 USC § 2106.

35. **Please Take Notice**, if Mr. Perez does not ask for the minimum extension of time after receiving all documents, then I require a new lawyer because reviewing documents and deciding on 28 USC § 2106 will not fit into a realistic timeframe, Mr. Perez has in his mind.

36. Obviously, if Mr. Perez decides to file my 28 USC § 2106 motions, then the court of appeals must decide whether to force Judge Engelmayer to hold further proceedings or not. Then, so on from here, which I do not know the timeframe for either.

37. I require Mr. Perez to ask, at minimum, a month extension to review the to review his brief prior to submission to the Court of Appeals because he

DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR ANY CJA ASSIGNED TO WRITE THE APPEAL AND BEING ILLEGALLY PLACED IN MENATAL HEALTH WITHOUT DUE PROCESS BY SUSAN KELLMAN, JUDGE ENGELMAYER WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 9

cannot submit any brief without my approval, as Mr. Silverman submitted a
brief that did not reflect my intent and would not change it

**Part 4: AUSA Karamigious' recusal and sanctions for not stating whether she
has a waiver**

38. I need the court to know that sanctions against the AUSA, removal of AUSA
    via Administrative Procedure Act, and recusal are not up for discussion
    because of Pres. Exc. Order Ms. Karamigious signed/DOJ policy on
    prohibition of participating in a case where your former employer is a party
    or has interest, which Mr. Perez also said he will see.

39. I have two DOJ ethics officers saying that the AUSAs are in violation
    because they will not state for the record whether they have a waiver or not—
    this alone, I will require another lawyer. Let's be clear, AUSAs can
    participate in a case where their former employer appears, if they seek and
    have a waiver. The problem is when the AUSA refuses to or hides the fact
    whether they sought a waiver or not.

40. **Please Take Notice**, if Mr. Perez, esq. already does not want to seek recusal
    or sanction against AUSA Karamigious, he is to inform the court and I need
    another lawyer

41. **Please Take FURTHER Notice**, the recusal needs to happen within the first
    week of January—this is straightforward, as I understand the issue of

USA v. Lucio Celli

19-cr-000127

Dear Judge Engelmayer

Re: The Misconduct of my son's lawyers, as they aided the government to deprive my son of his constitutional rights, and the misconduct (truly criminal) of the AUSA Karamigous because she suborn perjury to obtain the mental health order and the perjury of Officer Lombardo, as he knowingly ignored the facts on the transcript, which were emailed to him and AUSA Amundsen and Ms. Kopplin of the Senate Ethics Committee

According to my son, Lucio Celli, there was not a parole violation because he followed how to communicate with the court, which Your Honor explained on the transcript on July 21, 2021 and his lawyer, Ms. Kellman was informed of this fact (which there is audio sent to you and 128 judges) where she told my son that she did not read the transcript and she was not prepared for court. My son informed the 128 judges and Your Honor that Ms. Kellman said, "the judge said that my only job was to make sure that you are placed in a mental institution." Ms. Kellman made other statements like, "the judge will protect me too..."

According to my son, Your Honor approved the filings because he informed you that he was filing his rule 60 due to "Fair and Full Credit Clause," as my son cited the Arbitrator who cited Judge Cogan when he worked for the UFT on Dec. 1, 2021

Then, my son informed you and the judges that Ms. Kellman knowingly withheld evidence and did not call witnesses to help obtain the violation

Moreover, my son emailed all top AUSAs and informed them with AUSA Karamigous and my lawyers that my lawyers and the AUSA Karamigous were responsible for how Your Honor explained the special conditions prior to violation hearing on May 4, 2022 and then informed probation and my lawyers of the case law

Lastly, it is my understanding that my son is entitled to unbiased judge and Your Honor has harmed my son to help Randi Weingarten, as Your Honor lied about your association with Sen. Schumer, who considers Ms. Weingarten like a sister. Please remember that Judge Louderbach is the only judge that openly admitted to using his office for the senator who recommended him to the Pres, Mr. Gay testified that a judge is deemed to be biased when they lie about an association (Sen. Schumer was 1 of the 88 senators who voted to convict Judge Porteous of impeachment) and there are many criminal opinions where a judge used his office for the senator who recommended them. I believe my son told me about the appearance of impurity and a case named Liliberg v. Heath

Enclosed are the emails sent to my son, Gino Celli informing them of the misconduct and the public's 1st Amendment right to access documents that will "ensure a defendant's constitutional rights are being protected" because, according to the Supreme Court, the public can protect a defendant of a government who is circumvent the process in an evil manner

I would appreciate if Your Honor would consider my son's allegations because my son provided Your Honor and other top judges with audios of where Ms. Kellman cited that she conspiring with you (the judge told...) and Mr. Silverman said, I did not do my job because of Randi (Weingarten) and Judge Cogan. I believe, my son informed you that AUSA Gold and others said Judge Cogan committed a crime for the Randi and the UFT with borderline IQ students saying the same. Then, I still do not understand how Your Honor allowed Mr. Silverman lie to you because AUSA Shaw said that he did.

Also, there are documents missing form the docket and my son sent them in, so I am resending, as he sent similar documents to DC court and he received an answer already and it was hidden from the public. According to Mr. Silverman, they are under seal but the docket seal does not have say it is under seal--he's lair

Thank you

Fernanda Celli

Dear Chief Judge Livingston, Chief Judge Swain, and Judge Engelmayer, AUSA Amundsen, AUSA Pearce, AUSA of SDNY, Ms. Wolfe, Clerk of SDNY, Clerk of EDNY, Ms. Kellman, Mr. Silverman Ms. Kopplin, and Mr. Perez:

On June 15, 2022, there were documents uploaded to the docket via pro se services--SDNY has an email, and ENDY and 2d Cir. has a website. I have only seen the docket for ENDY, via Mr. Silverman, and the documents are not docketed. Everyone listed about (expect the clerks for SDNY and EDNY) received them and even case managers that Ms. Wolfe and Chief Judge Livingston supervises.

1-The DC court received documents and the judge has issues some judgments in similar or same documents sent to 2d. Cir., SDNY and EDNY. They are missing

Please Take Notice, I have been having a problem with missing documents in 2d. Cir., SDNY, and EDNY for years now and I even sent the missing documents to congress with their timestamps

Please Take FURTHER Notice, I resent documents to Ms. Wolfe, which also included a question: where are the missing documents; it has been nearly 3 years and I do not have an answer. In addition, I have AUSA Gold telling me that, if true, the clerk is coving up Judge Cogan's crime that his did for his former clients the UFT--which I have AUSAs and borderline IQ students all saying that he helped the UFT and the AUSAs adding that it was a crime.

2-I have spoken to the case managers at the 2d. Cir. about the facts, without giving them a case number, about what Mr. Silverman did to me and what AUSA Shaw with others said that he committed a crime-- which they acknowledged that they would need to notify their supervisor if they knew of the criminal conduct of a lawyer and the appeals lawyer attempting to cover it up--wow, seen this in opinions and code of conduct for clerks, BUT not happening in my case

3--Mr. Perez is knowingly with the help of case managers and Ms. Wolfe (maybe Chief Judge Livingston, as she DIRECTLY supervises pro se clerks of the 2d. Clerk--according to statute cited in Judicial Conference's notes)

4-Recently, I informed Judge Swain of documents that were missing, but she has not answered. Basically, there were documents taken out of an envelope and ONLY certain documents found their way onto the court docket.

5-Mr. Silverman, which is known to the 2d. Cir. case managers and Mr. Perez, did not placed documents under seal in EDNY. Mr. Silverman knowingly did not submit them to be part of the document because, as he stated on Dec. 1, 2021 or March 8, 2022, that the documents said made him look like the worst lawyer ever and a person who does not do his job---Mr. Silverman has alluded to the fact that I am not appreciative of what he has done for me, but he even uttered that he did not do his job because of Randi Weingarten and Judge Cogan and I have AUSAs who said that he committed a crime with the fact that it appeared that he (Silverman) was helping Judge Cogan and Randi Weingarten. I informed him, he has a cognitive disconnect because the facts are documented via emails and records

——  ——

The scheme to cover up what was done to me and to deprive of liberty because I sent audios of Engelmayer bullying me and helping to cover up the crimes of Mr. Silverman, Randi Weingarten, and Judge Cogan (it 'appears' that the judge was doing this for Sen. Schumer because Schumer has ALWAYS said that Randi is a close friend or like a sister to the said senator)

Prior to March 8, 2022, Mr. Perez called me and told me that he was writing a brief that would state: Judge Engelmayer did not explain the special conditions and limited my constitutional rights. Judge Engelmayer did, in fact, explain the special condition in detail that does not appear in the written format, which I provided everyone

On March 8, 2022, Mr. Silverman sat in the courtroom where he allowed probation to submitted a false report because the transcript of July 20, 2021 should show how the judge explained each condition, but there is proof if the transcript is not fully developed and this will not be the first time. PLEASE TAKE NOTICE,

On March 22, 2022, Mr. Silverman got up and stated: "Your Honor, we need to make sure that special conditions are explained to Mr. Celli or the 2d. Cir. will send them back to us."

On May 4, 2022, Judge Engelmayer with the help of Ms. Kellman and AUSA Karamigous violated me for doing EXACTLY what the judge said to do on July 20, 2022 \

Please Take Notice, Mr. Perez is denying me the chance to submitted my audio, which Ms. Wolfe and her case managers, to prove Mr. Silverman and Judge Engelmayer intimidated me into a guilty plea

In addition, Judge Engelmayer said that he will protecting Mr. Silverman and the judge used his office for Randi Weingarten with the judge saying that it was planned this way

Ms. Kellman is hiding their criminal conduct by placing documents under seal because she said, "the judge told me that my only job was to have you placed in a mental institution" and Mr. Silverman saying, "I did not do my job because of Randi Weingarten and Judge Cogan"

Please Take Notice, the above statements with their audios were sent to 90 plus AUSAs in the country and 128 top judges.

Please Take FUTURE Notice, Ms. Kellman, via court papers, has a habit of not doing ANY work and keeping defendants in jail to what appears to be retaliation for Judge Engelmayer.

Please Take EVEN FURTHER Notice, Ms. Kellman has not done anything to protect my liberty by placing information on the docket how AUSA Karamigous committed the act of subornation of perjury with Officer Lombardo committing perjury, as he and his supervisors were told that Judge Engelmayer explained the special conditions with Mr. Silverman's own email explaining that Mr. Silverman's job was to review for threats only because Judge Engelmayer furthered explained that only more than view of threats would make Mr. Silverman a civil lawyer for Mr. Ceill and that cannot be because Mr. Silverman is does not know the merits of Mr. Celli's claims

WITHOUT A DOUBT, Ms. Kellman committed a crime on May 4, 2022 by impeding people like AUSAs (like Amundsen, Shaw and all other AUSAs (either that I spoke to or emailed)) and Judge Engelmayer knew of misconduct because these people would help establish the fact that I was denied a fair trial to cover up the fact that Judge Cogan used his office to cover up the criminal conduct of Randi Weingarten/UFT threatening to expose my rape if I continued my lawsuit with the fact that Randi Weingarten had Betsy Combier placed my HIV status on her blog.

------------------------------

The misconduct/criminal conduct of the following people either written to me by DOJ (IG or Exc. Office) or told me by AUSAs or 1s Dept/2d Dept of NYS Courts. Below is a sample of the misconduct/criminal conduct

A. Karamigous/Bensing

1-AUSA Gold said that Bensing should be terminated for covering up Judge Cogan's conduct for helping his former clients because said judge did commit a crime for the UFT and I believe that Karamigious should be terminated for same reason, as she lied to the judge about my submission to the court BECAUSE she knew that she MUST collective taxes before Judge Matsimoto for Betsy Combier with the fact that the NYS Court below the their highest ruled on the topic of email/spoken contract and then, there is the fact that I quoted the Arbitrator who cited Judge Cogan. Either way, the only fact that the court needed for claim, under rule 60, is the fact that I was claiming a remedy under Full and Fair Credit Clause to be enforced, which was known to my lawyers, the AUSAs, probation, and the judge BECAUSE I told everyone of the reason for my submission on Dec. 1, 2021 and, which time, the judge, himself, approved of the filings

2-both AUSAs covered up, which their counterparts (either above them or outside the 2d. Cir.) said that Karamigious and Bensing are both covering up the crimes of Randi Weingarten and Judge Cogan, if the facts ARE Judge Cogan worked for the UFT prior to being a judge, Betsy Combier with her nonprofit foundation being used for her for profit business or the fact that Randi had Betsy place the HIV status on her blog,

3- Both AUSAs have failed to disclosed whether they have a waiver to participate in this case, as they both worked for the 2d. Cir. and they covered up the crime of Ms. Wolfe, according to AUSA Gold

B. Silverman and previous lawyer

1-impeded and lied to the judges about primary witnesses being 3d party witnesses--which I have AUSAs saying this because this started with Mr. Hueston

2-All lawyer withheld from the court that I was not a danger, according to the US Marshals and the AUSAs said my lawyers were trying to force me into a guilty plea by denying me liberty with AUSA Shaw

with others explicitly saying that my lawyers were committing a crime for Randi Weingarten and Judge Cogan with the fact that they were helping Randi Weingarten and Judge Cogan retaliate against me economically, as Strook (Cogan/Randi) negotiated the 2014 contract with City's Office of Collective Bargaining saying that I did not have a break in service

3-Each of my lawyer deprived me of the fact that my judges were recommended to the bench by Sen. Schumer with series of cases where judges were convicted of using their office for the senator's friends/family/etc (people like Randi)--which is a crime to many of the AUSAs that I spoke to because it denied me access to the court

4-Silverman conspired with Randi Weingarten and Judge Cogan, according to him, because he did not do his job because of them, so Silverman knowingly denied me a fair trial and lied to probation and did nothing to stop me from being here because Silverman sat in the courtroom like a lump of shit or crack head (take your pick of the conduct, but for sure he did not do his job because of Randi and Cogan) on March 8, 2022 knowing that no violation occurred


C. Judge Engelmayer, Judge Donnelly and other Schumer judges

1-All Schumer judges avoided the topic of the senator and how came to be a judge, via avoiding the topic, with Judge Engelmayer and Judge Donnelly both attempting to lie about their association the judge. But, I had to inform Donnelly that senator's daughter and hers went to school together with fact that Schumer said, part of national record, that Donnelly is like family and Engelmayer said, by insinuation, I was stupid and crazy for suggesting that senator had anything to do with his judgeship--I had to scream at Engelmayer by telling he needed to be ashamed of himself for KNOWINGLY lying about what is part of national record

2-Donnelly and Engelmayer allowed my lawyers to commit crimes against me by withholding evidence that I was not a danger to anyone by the US Marshals, as means to help Randi and Cogan deprive of me 5mos of liberty without due process (bail hearing) and deprive me of retro money (which stems from the bail hearing)--I have spoken confirmation and written confirmation that a crimes were committed against me for Randi and Cogan


D. Clerk Wolfe and other clerks of the 2d. Cir., SDNY, and EDNY

1-there are missing documents in 2d. Cir., SDNY and EDNY

2-I only have a recording of criminal conduct/misconduct for Ms. Wolfe, Ms. Young, and Ms. Blablock, as the other missing documents, I do not know the name of the person but I know the computer system has the name of the person who opened my envelope and who placed the some of the document on the docket.

3-Wolfe and the case managers have audios of Engelmayer bullying

4- Wolfe helped Judge Cogan get away with a crime, as I explained what Judge Cogan did for the UFT, according AUSA Gold and others

5-Bensing and Karamigous worked at the 2d. Cir. with Wolfe and it is the nexus to the waiver and Pres. Exc order

E. Kellman

1-128 top judges and 90 plus AUSAs have the audio of Kellman telling me that the judge told not to do any work besides having me placed in a mental intuition

In addition, there is an audio of Kellman telling me that she did not read the email sent to her that explains how no violation occurred.

2-Judge Engelmayer said--on March 8, 2022--that he filled Kellman in on the case so there was no need for said lawyer to review the record and the judge said that he called her especially for me

3-Judge Engelmayer said it was planned this way

4-As I provided Kellman with the facts that no violation was committed, I sent the same information to AUSA Amundsen and Kopplin of the Senate Ethics committee

5-Kellman took pride that she committed misconduct by harming me over by not presenting evidence (transcripts or audios of Judge Engelmayer, Silverman or others) or calling witnesses who knew there were not any violation. PLEASE TAKE NOTICE, Kellman had an "oh well" attitude about the misconduct and said, "the judge knew of my misconduct because he told me what to do with a laugh.

When probation submitted the probation violation, my brother emailed probation (Officer Lombardo and his supervisors), Ms. Kopplin of Senate Ethics Committee, Mr. Perez and Mr. Silverman how I did not commit probation violation BECAUSE Judge Engelmayer explicitly explained EACH special condition. On the side, I emailed AUSA Amundsen the same documents that were sent to probation and my lawyers

I knew of the case laws that states when a judge explains the special specifically during sentencing, then the transcript is what needs to be followed, which is what is stated in ALL emails sent from Feb until June 15, 2022.

Probation knowing submitted a false report to deprive me of liberty without due process because I told them that Mr. Silverman's own email supports to probation that Judge Engelmayer explained each special condition, so Officer Lombardo knowingly lied in the report with the AUSA Karamigous and AUSA Bensing suborning perjury and my own lawyers ignoring the facts .

To date my lawyers are not doing a thing to correct what they did to me and continue to lie and hide their criminal conduct form the public, as Kellman will not answer me and has block my corralink requests with Perez doing the same and Silverman telling me that Kellman and him are no doing anything to inform the court of the criminal conduct of the government because it was "frivolous" which is the just one of the comments that he made about the bail hearing and US Marshals report

Kellman and Engelmayer has done this with two other defendants, who sued for money (a mistake)

Perez is covering up the fact that Engelmayer and Silverman intimidated me out of my intent with the fact that I have AUSAs who said that I am not receiving a fair trial because of Judge Cogan and Randi Weingarten with the fact that Silverman said that he did not do his job because of Judge Cogan and Randi Weingarten AND AUSA Shaw and others said there were crimes committed against me to favor Judge Cogan and Randi Weingarten/UFT.

No can believe that the judges in my case has allowed the type of gross misconduct by the AUSAs and my own lawyer...I got from the AUSA, "are you sure that's what is being done" or " the judge cant be ignoring that misconduct" or "if those are the facts, a judge would NEVER ignore the behavior"....my answer to them has always been, I have it all audio recorded

7/25/22, 9:09 PM                                                                CorrLinks

Dear Chief Judge Livingston, Chief Judge Swain, Judge Seibel, Judge Engelmayer, Clerk Wolfe, Case Manger, Mr. Silverman, Mr. Perez, Ms. Kellman, AUSA Amundsen, AUSA Pearce, and AUSA of SDNY:

RE: Removal of Mr. Perez, Mr. Silverman, and Ms. Kellman from the CJA panel of lawyers for admitting that they are conspiring with Randi Weingarten, Judge Cogan and Judge Engelmayer, as audios were sent to 128 top judges of our country.

To Mr. Silverman, please forward this complaint/criminal complaint to the AUSAs and Ms. Kellman to forward to the docket for Judge Engelmayer.

In May of 2022, I received a letter denying me the right to write my own appeal  because Mr. Perez was denying me an appeal based on facts, as such:

1) Mr. Silverman committed crime by hiding evidence from the court, which denied me a remedy for illegal detention and retro money--per AUSA Shaw and others
2) Mr. Silverman and Judge Engelmayer intimidated into a guilty plea, as they would not allow me to present my intent of Judge Cogan covered up the fact that he worked for the UFT and threatened to expose my rape
3) I told Mr. Perez that AUSA Gold told me that Clerk Wolfe committed a crime by not placing and/or answering where are missing documents, which all relate to Judge Cogan's criminal conduct of helping his former clients the UFT. Due to this fact, I requested that Mr. Perez place a motion to Chief Judge Livingston to transfer the case out of the 2d. Cir.
4) Mr. Perez knows that Judge Engelmayer edited the transcript where he told me "I'll tell you your intent," which is the practice of law under 28 USC Sec. 454/
5) Mr. Perez is aware that Mr. Silverman did not place documents under seal, as it hid his criminal conduct from the public and from the court of appeals. I placed some of the documents on the 2d. Cir. docket, which Mr. Silverman lamented of the fact that the documents make his appear as the worst lawyer ever that does not do his job to Judge Engelmayer on Dec. 1, 2021 or March 8, 2022. Mostly importantly, the facts contained in the said documents are facts provided to AUSAs, like Shaw who said Mr. Silverman committed a crime and were presented to DOJ, which I received two letters stating ineffective assistance of counsel with "uncharged crimes."
6) Mr. Perez was sent the audio of Engelmayer lying about his association with Sen. Schumer by calling me stupid and crazy and other biased statements geared towards helping Randi Weingarten.

It is without a doubt that Clerk Wolfe is continuing her criminal conduct by not allowing me to present my full set of audio to the panel of judge. HOWEVER, Clerk Wolfe with the case mangers and judges listed above where I, for sure, sent out audio of Ms. Kellman saying, "the judge told me that my only job was to make sure you are placed in a mental institution" and an audios of Judge Engelmayer lying about his association with Sen. Schumer and March 8, 2022 conference (in-court appearance) where Engelmayer said, I called Ms. Kellman especially for you and there is no need for Ms. Kellman to review the facts because I brought up to speed.

According to court papers, Engelmayer/Kellman have a game plan to deprive defendants of their liberty, as retaliation, where Kellman does not do a single thing to do any work on the defendant's case and ignore them as they sit in jail. The judge said to me that he will decide on long I will be in a mental institution on March 22, 2022 and I told him that I thought it was based on psychologist's finds that they present to you, so when did you become a psychologist since I did not have an evaluation yet?

Mr. Perez and Ms. Kellman have not communicated with me since mid May with Perez having no communication since March. Both lawyers have blocked me on corralinks. Only Mr. Silverman is doing anything, as he has to do something to earn his CJA money since its the only thing he has done since he has been my lawyer.

Please Take Notice, there are a series of messages from me to Silverman and my brother and Silverman said that he forwarded them to Kellman, but I have not received an updated docket with documents submitted, as Mr. Silverman said that Kellman is placing all documents under seal.

I request a public hearing so that I can call all AUSAs that I spoke to, my lawyers, AUSAs that I emailed, and 128 top judges with full set of my audios, as I only sent out a few. The public has the right to know how Randi Weingarten has access to the court, via Schumer, and what Schumer judges have done to cover up Randi's/UFT's crimes.

EVERY SINGLE person, with the letters from the DOJ, have expressed that I did not receive a fair trial and it was fixed for Randi Weingarten and Judge Cogan with Silverman explicitly saying that he did not do his job because of Randi Weingarten and Judge Cogan and Judge Engelmayer, from what I believe that I heard on May 4th, saying, "it was planned that way" with the fact that he said that he was protecting Silverman, as AUSA Shaw said he committed a crime, and Kellman laughing with pride that "the judge is going to protect me too."

7/23/22, 12:54 PM                                                        CorrLinks

ear Judge Engelmayer Ms. Bowes, Mr. Silverman, AUSA Amundsen, AUSA Pearce, AUSA of SDNY, and Ms. Kellman:

I request that Mr. Silverman send this to the court, via Kellman,  and AUSAs with my brother doing the same.

I request that Ms. Bowes of TRS provide my brother with her email address and that of her supervisor, so that my brother can email her, her supervisor, and the AUSAs with the application to TRS with her letter sent that is a pure lie and I believe is mail fraud. Ms. Bowes' letter states that I did not sign the forms and I did not have it notarized, which is an attempt to take a value from me. I believe, the conduct of the Randi Wiengarten and the UFT fall under RICO and I was trying to get all AUSAs that I spoke to on the stand to make case but Ms. Kellman impeded me doing so--as RICO requires more than a 5min to get out of them, but mail fraud is an act under RICO.

I request that Ms. Bowes of TRS provide my brother, so that he can send it me and maybe my lawyers, with information/policy/protocol of a person who is prison with said application because Ms. Bowes states in the letter that I need to see their doctor.

The UFT, via the help of TRS, should NOT be allowed to harm me, again, economically because AUSA Shaw said that the UFT is retaliating against me for complaining about the crime committed by Judge Cogan for the UFT, as they did not process my pay grievance for retro payment and the people who negotiated the 2014 said that I did not have a break in service (as defined by NYC Administrative Law and either party negotiated a different meaning of "break in service," which is REQUIRED under the Taylor law).

I request the Court to force TRS submit the paperwork submitted to them to the court with a letter of denial because the issue that I speak about goes to my lawyers not redoing bail hearing and Mr. Silverman telling me that he did not his job because Randi Weingarten and Judge Cogan with AUSA Shaw statement to me, which Ms. Kellman (on May 4, 2022) and Mr. Silverman with previous lawyer (prior to July 20, 2021) impeded said AUSA from testifying about the economic retaliation by the UFT because I complained and exposed Randi Weingarten/UFT and Judge Cogan

Please remember, the DOE sent out a letter stating that I was arrested on Nov. 9, 2018, Judge Cogan asked for the arrest on Nov. 12th of 2018, and the US Marshals came to arrest me on Nov. 14th of 2018. P

Please note, the DOE is not notified of an arrest UNTIL a person is fingerprinted and I was fingerprint red on Nov. 14, 2018

Lastly, the top lady at NYC Office of the Collective Bargaining and the main lawyer of Strook (for the UFT), they each told me that I did not have a break in service because I did not have a year and day break from employment and the UFT and DOE know this fact too.


Thanks,

Lucio Celli

7/23/22, 12:55 PM                                                    CorrLinks

Dear Ms. Bowes and AUSA Amundsen,

I am in prison waiting for a psychological exam. However, your letter shows that you destroyed the application sent you by my brother because there was the forms were notarized at Bank of America, my signature was there because it cannot be notarized if my signature was not there, and all boxes were check.

Please Take Notice, I am having my brother resend the same application, but this time my brother will send it prosecutor, AUSA Amundsen at the Department of Justice BECAUSE the UFT sits on the board and receive notification of who is retiring.

Please Take FURTHER Notice, the UFT has denied me retro money and summer payment because I have expose them to law enforce with audios. The UFT has gone out of its way to harm me economically and I have AUSA Shaw who told me that they are retaliating against me.

The ONLY request that is valid on your check list is the need for medical records, which will take some time. But, I believe that accidental disability is the reason that medical records are needed, which I am applying for if granted. But, I am also apply for regular disability

I am asking you to provide my brother with your email so that there is a pure record what is being sent to you and I kindly request that you send what my brother sent to you to Corey Amundsen of Public Integrity Office, at US Dept of Justice
-----Celli, Gino Jr. on 7/22/2022 12:06 AM wrote:

>

1. I doubled checked what I sent to TRS. ALL pages are 2 sided and notarized.
2. The rejection letter starts with a checklist of why an application could be rejected. NO Box was checked. The last line had a bold arrow indicating medical records needed to be submitted, and the font was different 200 page max. You have 30 days from 7/14 to submit these records. Last page was a letter from Evelyn Bowles just mentioning there is a need for medical records only and that you will have to go have a trs doctor exam you after records are submitted I guess.
3. Per your request I sent a little letter indicating Dr. Rathore would submit his finding to them (TRS). By the way, I have not heard or received anything from him.
4. Do I still need to scan and submit it to Corey?

7/23/22, 12:55 PM                                                    CorrLinks

en

my brother needs them asap because they have to be at TRS by 5 of aug

please send them out this week if my parents need to pay upon reciept, then they will pay but it has to be done this week...sorry

7/23/22, 12:55 PM                                                    CorrLinks

Ben,

I dont know because he has answered...you have to send what I asked to TRS

Stash is 2476 on the phone and you can transfer from bank of america from stash...you need to activate my debit card like tomorrow or it will not work. AND I left the information on the page with passwords

Again, it should NOT take hours...

you need to print out all emails sent to you and ben and send them to the court with mommy's letter (there's one letter that only 2 emails should be attached and rest goes to first one)

You are making this difficult for NO REASON...it SHOULD NOT take you HOURS, as you are ONLY printing the messages out...there's no reason to read each one...

Please get TRS out tomorrow and prepare the rest for mommy and mari to send out for monday

Like stop making this a big deal and IT SHOULD NOT take even an hour
-----Celli, Gino Jr. on 7/21/2022 7:36 PM wrote:

>

I guess Ben is going to forward to all involved?


ETASSH LOCK-IN INFO PLEASE.


THE RECORDING U TOLD ME ABOUT THAT IS ON MOMMY"S PHONE I DID NOTHING


Do I have print the EMAIL(s) YOU SENT THE LAST 5/6 DAys?


To let you know

1 I have not transferred Money out of BOA yet
2. I have not printed out anything yet
3.I have not looked at pacer at all
4.I have not done requests that I already forgot what they were
5. If all goes well this weekend I might be able to send packages off 7/30. I will try to put in 2/3 hrs this weekend

LUCIO CELLI on 7/21/2022 12:19:35 PM wrote
To Whom It May Concern, AUSA Amundsen, AUSA Pearce, Mr. Silverman and AUSA of SDNY:

TRS sent a letter to me saying that my form was denied due to lack of signature and it was not notarized. The fact is my forms were signed and my forms were notarized.

I am informing my brother to send the forms to the AUSAs with a copy of the letter sent by TRS and I request that TRS send a copy of what they recieved from to my brother, at my address listed, and to the AUSAs.

The issue is simple the UFT sits on the Board and the UFT has gone out thier way to harm me ecomonically for saying that they threatened to expose my rape if I continued with my lawsuit. The lawsuit was before Judge Cogan, who worked at Strook and this is the lawfirm that negoicates the CBA for the UFT. Basically, I have told, and I wnat to show with my audios, that I spoke to AUSAs who said that Judge Cogan committed a crime for the UFT and borderline IQ students also saw WITH Judge Ritter's impeachment case and Justice Roberts' opinion on the topic of presiding over a case where former clients have a vested interest.

The UFT/DOE has deneid me retro payment because of a "break in service," but it was negoicated and therefore, NYC's Adminstrative Law prevails, per the Taylor Law

The UFT/DOE is now deneying me summer pay

In both cases, these are issues of wages already earned under the CBA

It appears the request for medicial records seems to be a vailid one, and I am requesting that Mr. Silverman to send either my medicial records to you and I am having psy eval here in Federal prison

o Whom It May Concern, AUSA Amundsen, AUSA Pearce, Mr. Silverman and AUSA of SDNY:

TRS sent a letter to me saying that my form was denied due to lack of signature and it was not notarized. The fact is my forms were signed and my forms were notarized.

I am informing my brother to send the forms to the AUSAs with a copy of the letter sent by TRS and I request that TRS send a copy of what they recieved from to my brother, at my address listed, and to the AUSAs.

The issue is simple the UFT sits on the Board and the UFT has gone out thier way to harm me ecomonically for saying that they threatened to expose my rape if I continued with my lawsuit. The lawsuit was before Judge Cogan, who worked at Strook and this is the lawfirm that negoicates the CBA for the UFT. Basically, I have told, and I wnat to show with my audios, that I spoke to AUSAs who said that Judge Cogan committed a crime for the UFT and borderline IQ students also saw WITH Judge Ritter's impeachment case and Justice Roberts' opinion on the topic of presiding over a case where former clients have a vested interest.

The UFT/DOE has deneid me retro payment because of a "break in service," but it was negociated and therefore, NYC's Adminstrative Law prevails, per the Taylor Law

The UFT/DOE is now deneying me summer pay

In both cases, these are issues of wages already earned under the CBA

It appears the request for medicial records seems to be a vailid one, and I am requesting that Mr. Silverman to send either my medicial records to you and I am having psy eval here in Federal prison

7/23/22, 12:57 PM                                                          CorrLinks

Dear Judge Engelmayer, Mr. Silverman, Ms. Kellman, AUSA Karamigious, AUSA Pearce, AUSA SDNY, and AUSA Amundsen:

Today my mother informed me that TRS (my pension fund) sent a letter that my application was not signed and was not notarized. Then sent out another letter that they need my medical history, which makes sense for the application.

Fact:
1) The UFT sits on the Board
2) Mr. Silverman keeps on telling me about my "big pension," but--at the moment--my pension will be a fraction of what it would have been if I were to work until 2031. In addition, I asked Mr. Silverman that what does he know about my pension that I do not because he knew others things that came true, but he did not answer
3) The application has my signature
4) The application was notarized by the Notary Public at Bank of America on 6/16/2022

My brother will review the letters sent to me and provide with a better understanding, but we can start here because the UFT has gone out of its way to deprive me of retro money (which I have NYC's Collective Baringing Office and Strook--the entities who negotiated the CBA in 2014 that I did not have a break in service, as claimed by the UFT and DOE, and I have right to pure right to retro money) and now depriving me of summer pay, which NYSUT (the parent union of the UFT) informed me that I have right because it is money that I already earned, like retro money.

It is impossible that AUSA Shaw and others at the DOJ saw my denial of retaliation for complaining about and exposing Judge Cogan's crime for helping the UFT, which I now claim as obstruction of justice because retetaliation economically is a crime--but no DOJ personnel stated a statute, but their statement of retaliation, in my mind, supports crime under said statute. AUSA Shaw and AUSA Gold saw that  AUSA Bensing and AUSA Karamigious saw it as, the AUSAs as helping to cover up what Judge Cogan and Randi Weingarten/UFT/Betsy Combiner. Now, I read a few cases where AUSAs helped a judge cover their crime and were charged under 18 USC Sec. 371, but IG's Office informed they did not review the AUSAs, in my case, as committing a crime. They did see misconduct on their behalf.

7/23/22, 12:58 PM                                                                      CorrLinks

Dear Ms. Hogan, Ms. Atkinson, Ms. Norton, Mr. Silverman, Ms. Kellman, and Ms. Odige:

As per our conversation today, I agree to representation by NYSUT and I will provide a signed retainer once I return. If you re-email the retainer agreement, I believe that my brother or my mother will sign it because they will have a power of attorney on behalf. Mr. Silverman already sent it to me, but I am still waiting for my legal mail to be sent to me from Brooklyn and he is resending the POA form to me here in Kentucky in case my legal mail is lost--you never know, but it happens I was told.

Also, I informed you that our converstion today was recorded, so there is a record of me saying yes to representation and telling you that Ms. Odige and Ms. Hogan have the permission to communate with Ida Lucas, as she has access to my email account and has sent emails out on my behalf because of timing. I will inform my brother and Ms. Lucas to write their names at end of each email.

Question from today: Ms. Odige claimed that the issue of summer pay cannot be brought up due to the DOE's position and Ms. Hogan told me that Arbitrator Peek does not have jurisdiction, which is the reason that it cannot be brought up.

Ms. Norton, Ms. Atkinson and lawyers from NYCDOE Gerneral Counsel were on the email to the AUSAs back in May and to the top judges of our country, so please ask them for the emails sent because they are needed for my defense

Ms. Atkinson should have the documents that Mr. Silverman claimed he placed under seal and Mr. Perez said he did not place under seal, as those documents goes to how I did not recieve a fair trial because of Randi Weingarten and Judge Cogan. If the event that Ms. Atkinson deleted them (I would have done the same), please ask Mr. Silverman for those documents. In addition, please ask Mr. Silverman for the injunction petition that was before Judge Seible (sp?)

I also request, from Ms. Atkinson, that the UFT place a grievance in for my retro pay because, as I keep on highlighting the fact, I did not have a break in service. Since the UFT and DOE DID NOT---DID NOT---negotiate the issue of "break in service," than the only applicable rule and law is the one found under NYC Administrate Law (under Personnel rules or codes--I don't remember which one). Please remember that "personnel rules/rules" must be negotiated under the Taylor Law BECAUSE it is a mandatory issue of negotiation.

The UFT must issue me a statement because Ms. Atkinson is accountable to NYC Administrative Law because she is officially a city employee. Ms. Atkinson will go on UFT pay/DOE pay 3yrs prior to retirement AND prior to being the Boro Rep, she was District Rep---whereby they are paid a DOE salary and UFT salary...only at the moment is she only being paid by the UFT. The information that I speak of is ALL public information, but it is the best kept secret by the UFT.

Ms. Kellman, could you please ask Judge Engelmayer to issue an order forcing the UFT to explain why they deprived me of retro pay with my lawyers help because AUSA Shaw told me what they did was a crime, as they retaliated against me for Randi Weingarten and Judge Cogan. This all has to deal with the case and Mr. Silverman telling me that he did to his job for Randi and Cogan

If Ms. Hogan and Ms. Odige accept my request from corralinks, they could email directly and I them

Gino and Ben...please add Beth Norton to the address list...bnorton@uft.org

7/23/22, 12:58 PM                                                                   CorrLinks

Ben

Please tell Ms. Kellman that she still hasnt answsered me and its been over 2 weeks....what is the hold up

Please tell her or have you send me an updated docket sheet with copies of filings

thanks

ccording to Mr. Perez and clerks', told me that a seal documents are listed on the docket, which the public can see, but the public cannot view the sealed document and the public has knowledge of the document(s). According to Mr. Silverman (audio recorded and emailed to me via corralinks), the court maintains a public docket and a "non public docket." Mr. Silverman's provided me this answer for the document about Betsy Combier and the documents that appear on the DC Court's docket and not on the EDNY--which are documents about Ms. Kellman's and Mr. Silverman's miscondut helping the governmet suborn perjury and commit perjury

Judge Engelmayer, where are the missing docukets? Mr. Silverman keeps on saying that there are two docket sheets, where the public knows of sealed dockets (like what Ms. Kellman has done or the AUSA)--but they do no access to the docements and then other docket sheet where the public does not know of the documents placed under seal. Mr. SIlverman sent me "non public docket sheet" and it still does not have the docuement about Ms. Betsy Combier, but Mr. Silverman told me that it appears on "non public docket" and he just sent it to me and the said document is not there.

Gino, sent the previous email and this email in one email...please and Mr. Silverman, you to do the same ...and please forward the AUSA Amundsen

7/23/22, 12:58 PM                                                    CorrLinks

Dear Judge Engelmayer, Ms. Hogan, Ms. Odige, Ms. Atkinson, Ms. Norton, Ms. Kellman, Mr. Perez, Mr. Lombardo, AUSA Pearce, AUSA Amundson, Mr. Caldwell AUSA for SDNY and Mr. Lombardo

A--Ms. Silverman, please forward this to Ms. Kellman so that she can place it on the public docket. In addition, please send this to Ms. Odige and Ms. Hogan and to the AUSAs that I presented yeterday, as I believe it is a crime under Hobbs--but I do not know for sure becasue I cannot check, quickly, if what they did or are doing is a crime...yet, I do remember a case where the union fixed arbration to fire someone, which you, Mr. Silverman helped by impeded me from showing what Randi and the UFT with DOE did to me

B--Ms. Atkinson, please place a grievance for not holding a probable cause hearing, as Ms. Odige lied to the arbitrator and me

C--Ms. Hogan and Ms. Odige, please informed the Arbitrator Peek that both of you lied about the probable cause AND lying to him that I agreed to be off of payroll (as the transcript and Ms. Odige's email states that I agreed to be off of payroll--which is an issue under Jud. Law 487 due to Jud. Law 466 (I might be off with numbers))

Full and Fair Credit Clause (based on either NY's highest court (or the one just below)  or the Supreme Court's decision
1) I have the right to be present at the 3020-a
2) Biased Arbitrator due to being paid by the city and picked by the UFT and city
3) Arbitrator MUST conduct the arbitrator like a criminal trial, but the standard is ponderance of the evidence
4) motions that were previously stated (like biased judge, retropayment, and summer pay, and to have my hearing streamed live

witnesses, like Ms. Norton (Gerneral Counsel for the UFT), the UFT, AUSAs (like AUSA Gold, AUSA Amundsen and AUSA Shaw), the judges that I emailed, UFT, Mr. Caldwell, senator's aides, Ms. Kopplin, Mr. Silverman and the others lawyers, and others ...of course Randi Wiengarten with Judge Cogan

D--Judge Engelmayer, Mr. Silverman failed to place a series of documents either under seal (according to Mr. Perez), like Your Honor and Mr. Silverman intimdated me to help Randi Wiengarten, I took back my guilty plea, the fact that Your Honor practice law when, you told me that you would tell me my intent because Randi and Judge Cogan had nothing to do it, the fact that AUSA Shaw told me that Mr. Silverman committed a crime bail hearing and Ms. Atinkson/Mr. Caldwell committed a crime becasue it was OBVIOUS that they were reteliating against me because of Randie Wiengarten and Judge Cogan because the NYCDOE terminated my health benefits and took me off of payroll prior to Judge Cogan asking for it

It HAS BEEN OBVIOUS to EVERYONE that I ever spoke to my trial was fixed and I did not intent to send a threat, which Mr. Silverman impeded me from presenting

Please remember that I have letters from the DOJ with verbal statements that I did not recieve fair trial becasue of Randi Wiengarten and Judge Cogan with my OWN lawyer (Mr. Silverman) telling that he did not his job becasue of Randi and Cogan

The above statements have been sent to congress, 128 top judges of our country, and 90 plus top AUSAs of our country with audio recordings to support my allegations

7/23/22, 1:00 PM                                                                                         CorrLinks

Ben and Gino

Please email NYSUT to inform them that I cannot get them on the phone, as Ida gave me 212-533-6300 and 212-228-3382 and I sent them both a request to email via corralinks. If what my brother copied and pasted is true, there is misconduct on NYSUT's part (Odige) under Jud Law Sec 487 (for fraud by a lawyer in nys in nys courts or in arbitration--3020-a is arbitration)

Without getting into too much detail, I terminated my retainer with NYSUT (David Einstein..sp?) and I never singed the new retainer with nysut because Hogan lied about sending a threat via the internet is not part of NY's penal codes (as cited in the CBA) and it is and I would claim full and fair credit, but I do not know if decision comes from the top court in ny or below. In addition, I know for sure that the top court in NY provides me the right to be present at the 3020-a if i choose too, which I clearly told them both.

I clearly told them, I wanted to be present at the 3020-a
i clearly told them, my defense was Randi Weingarten and Judge Cogan and the fact they deprived me of a fair trial via Mr. Silverman with the documents that Mr. Silverman said made him look like the worst lawyer ever
I clearly told them that they needed to obtain who conspired with Randi and Cogan because there is a paper trial

This is clearly misconduct because they did not have my permission to act on my behalf, or lie about i agreed to be off of payroll and not be present at my 3020-a or present a defense that does not include Randi or Cogan, as they told me that we would speak about a defense once i returned from the BOP and the 3020 started

I informed Mr. Silverman to forward my criminal complaint of Hogan and Odige to AUSAs because it is part of the fact that he told me he did not do his job because of Randi and Cogan--this time, he said that he will forward, but the proof will come when I see the email to SDNY, EDNY and Public Integrity because NYSUT is conspiring with Randi and Cogan to cover up the fact that they deprived me of 5 months of liberty, my intent, retro money, and a fair trial with 1 and counting of liberty now

Mr. Silverman please clearly inform the NYSUT attorneys of the fact that I emailed the top judges of our country with audio of you, Kellman, AUSAs, and judges (Donnelly and Engelmayer) with the fact that AUSA Shaw saw the denial of retro money with your conduct of hiding evidence from the court as obstruction of justice (denial of money already earned is retaliation for telling about Randi and Cogan for the DOE and yours is not presenting evidence that would have changed the outcome of the bail hearing, which would provided with liberty and retro because the DOE and the UFT named it as the reason--BUT Strook (Cogan and Randi worked there) and the City's Collective Barging Unit (not the DOE's) said that NYC Personnel Law governs break in service and I did not have a break, according to the people that I spoke too, in service because my detention was only 5 month and i needed to surpass a year and day to have a break in service for retro earned from 2009-2011

I would appreciate it, Mr. Silverman if you could send this to them by Wedsnday and inform them that I want a copy of their letter outline thier misconduct to the arbitrator sent to my brother and me here. Please explain how to write the my name on the envolope becasuse it has to be done a certain way. There are audios between NYSUT lawyers and me, so tell them that I sent judges and AUSAs audios of my lawyers, like you

I was clear and they were clear...what we discussed does not appear in the transcript and is a lie to deprive me of a right

Jennifer.hogan@nysut.org
junou.odige@nysut.org

7/23/22, 1:00 PM                                                                                        CorrLinks

I did not agree to be off of payroll and forfeit my summer pay

Juno lied to the arbitrator, as the agreement was to be off of payroll once I returned from the BOP and be AVAILABLE for the 3020-a and I did
not get paid to grieve it

This is a crime because she KNOWINGLY lied to the DOE and the arbitrator about the agreement, as the audio recording and the emails proved
that I agreed to be off of payroll if the DOE agreed to a stay of the 3020-a once I returned because I wanted to be present.

I request the Juno to inform the arbitrator of her misconduct and I told her and Ms. Holden

Effective today 7/17/2022, I terminate the representation of NISUS and furthermore, I never signed a retainer agreement with NYSUT

I told Juno to send me the email where the DOE told her to send me the email of once the DOE inform and Ms. Holden of the fact that they
would not hold probable cause hearing, as I told them that it was in the contract my felony charge

The audio recording will be forwarded to everyone and I direct Ms. Holden and Juno to present the audio to the arbitrator, as I informed them
that I wanted to be present and they told me the only to ensure my presence at the 3020-a was to agree to be off of payroll ONCE I returned
from BOP and I told them, and they agreed that I did not have make myself available for 3020-a hearing if I had other plans made in advance
and my plans for me were made on May 4, 2022 and it was in advance of any hearing

NYSUT is attempting to obtain a decision by fraud as they have lied to me, robbed me of monies already earned, and prevent the UFT and Randi
Weingarten from testifying

Mr. Silverman, I am directing you to send my criminal complaint about Juno (please get the email from my brother with her last name) and
Jennifer Holden and submit it to Mr. Amundsen, Mr. Peace and the dude from SDNY because Ms. Kellman calls the shots for how to handle the
case and I want a copy of the email sent to me and forward or cc my brother...

I request Juno provide my brother with the arbitrator's email so that my brother can forward her criminal conduct to him, as the statement my
brother copied and pasted tells me that Juno committed a crime because that is not in the emails or audios that I have between she and I ...I
inform my brother how to email her and everyone the audio between she, JUno and myself

I request Ms. Jennifer Holden to tell me what she is going to do about Juno's criminal conduct, as she represented me without a signed
retainer, as I NEVER agreed to have NYSUT represent me and I made sure I did not sign it in case this situation occurred because NYSUT needed
my signed retainer in order to do anything so NYSUT took steps to represent me without my consent and this needs to be made known to
arbitrator with the fact that Juno knowingly lied for the record

please tell me when you send it, Ben. remember this has nothing to do with calling the shots for the direction of my and it has ALL to do with your statement of "I did do my job because of randi and cogan" and "no one believed that cogan committed a crime against you

thank you ...this email, i need an answer from you

7/23/22, 1:01 PM                                                    CorrLinks

Dear Judge Engelmayer, Mr. Silverman, Ms. Kellman, Officer Lombardo, Ms. Holden (Associate General Counsel for NYSUT), Juno (please put her last name), AUSA Karamigious, AUSA Amundson,  Ms. Atkinson, and terri (put her last name)


Prior to me entering the BOP, I have a converstaion with Ms. Holden and Ms....Juno about agreeing to be off of payroll ONCE I returned from the BOP, as means to ensure that my right to APPEAR at the 3020-a was protected and I did agree to such a provision. There is an audio converstion to this affect and emails to this affect.

In addition, Ms. Holden and Ms...Juno informed that I would still recieve my summer paycheck because I was ENTITLED to it per the CBA and I needed to contact the UFT if I did not get paid. I did not recieve my paycheck for 7/15/22 and my brother, Gino Celli, informed that "the Rep" informed him that I agreed to be off of payroll. I agreed to be off of payroll to ensure MY APPEARANCE, at the 3020-a hearing, after my stay at the BOP is finished. I never agreed to forfit my summer pay and my NYSUT lawyers even told me to grieve if I were not paid because I am ENTITLED to my paychecks BECAUSE it is money that I already worked for since Sept. of 2021.

This is another instance where there is retelation, by the DOE and UFT, because I informed law enforcement of crimes commited by them, which I have many (not all 80 plus) AUSAs telling me it is obstruction of justice to deprive me of money already earned because they all see as retelation for exposing Judge Cogan using his position for the UFT. Always remember, even borderline IQ students knew and understood that Judge Cogan used his position to cover up the fact the UFT threatened to expose my rape if I conintued with my lawsuit, as the Cogan worked for Strook, which they negoicate the CBA for the UFT and wrote for briefs

This is in addition to the fact that Mr. SIlverman did not present my intent of what the UFT/Randi/Cogan/Betsy did to me when he told me that he would not present my intent because of Judge Engelmayer threaten him with disbarrment(which he did not in front of me), told me, I did not do my job because of Randi and Cogan, and no one believed Judge Cogan committed a crime against me.

Moreover, the fact that I recieved a letter from the DOE terminating my health benefits and taken off of payroll prior to Judge Cogan asking for my arrest which EVERY SINGLE AUSA said it was planned and I have a letter form the DOJ about uncharged crimes

Judge Engelmayer, as with other Schumer judges, has used his office to cover up what was done to me and he even said, "you will not recieve justice here." Now, Judge Engelmayer did tell me that he would tell me my intent on APril 6, 2021 and then said, it was between you and your lawyer--this is where Mr. Silverman lied about what the judge said because I told me that the judge NEVER, EVER threatened him with disbarrment and I have the court appearance audio recorded and my converation with Mr. Silverman audio recorded--the court appearance was sent to the top judges

I am asking NYSUT/UFt to do their job and for the cour to provide me a remedy

7/23/22, 1:01 PM                                        CorrLinks

with borderline iq students who knew and understood that judge Cogan used his office for the UFT WITH what Justice Roberts said about being a judge where his former clients are litigants (no one would EVER believe a descision where a judge sits on a case where his former clients before them because people WOULD beleive that the former clients would have obtained a decision based on fraud), Judge Ritter WAS impeached for practicing law for his former clients, and THERE ARE numerous criminal cases where a judge used his office (by concealing the fact that he/she made decisions to help out thier former clients)

Things would have not been different because on March 8, 2022 you sat there and allowed the government to lie (not perjury but misconduct) about the violation and knew the report was false...Ms. Kellman might nasty but she was not present on July 20, 2021 or on Dec. 1, 2021...so the true fault is with you because the situation could have been finished on March 8, 2022 because I did not violate anything

I would appreciate it, if you stop passing the buck upon Ms. Kellman because AUSA Shaw knows you committed a crime against me to help Randi Wiengarten and Judge Cogan. There is misconduct on Ms. Kellman's and Mr. Perez's part, but the nexus of EVERYTHING is you...there is a congitive disconnect, you do not see it too because you were on said date and I have the 1st Dept saying what you did to me is grounds for disbarrment because they said you activitly undermined my case to cover up a crime and I DID NOT have to tell them what the AUSA Shaw and others said about you...Dont you think if it is obvious to them that it should be obvious to you? AND I have 2 letters saying that you provided me with ineffective assistance of counsel and you COMPLAINED to the judge--either on Dec. 1 or March 8--that the documents on the 2d Cir. docket and public and which you NEVER placed under seal (according to Mr. Perez)--made you look like the WORST lawyer ever and it is not true (accordin to you) ...Everything that I wrote in the documents I either have you audio recorded or the people that i spoke too, so we cannot ALL BE WRONG about you

please forward the last message to my brother and the gang and my brother will pass on message once he recieve it to the gang

Do you truly believe crap you either say or write to me? The ONLY thing that you do more than Kellman and Perez is answer me but you and them do not protect my rights...

Please explain how things would have been differently

7/23/22, 1:01 PM                                                                              CorrLinks

Dear Mr. Silverman,

Could you ask Ms. Kellman, if she has a block on corralinks? because I cannot message her and I was told that if the inmate cannot message a
person, then that person doesn't accept any corralink message. I find it strange that I cannot email her whatsoever and i can email Mr. Perez
but he does not accept or reject messages, as the DOE did that to me the first time around

Sorry for the messages but I just found out....and this is not an email for you to answer

Dear Judge Engelmayer

Re: The Misconduct of my son's lawyers, as they aided the government to deprive my son of his constitutional rights, and the misconduct (truly criminal) of the AUSA Karamigous because she suborn perjury to obtain the mental health order and the perjury of Officer Lombardo, as he knowingly ignored the facts on the transcript, which were emailed to him and AUSA Amundsen and Ms. Kopplin of the Senate Ethics Committee

According to my son, Lucio Celli, there was not a parole violation because he followed how to communicate with the court, which Your Honor explained on the transcript on July 21, 2021 and his lawyer, Ms. Kellman was informed of this fact (which there is audio sent to you and 128 judges) where she told my son that she did not read the transcript and she was not prepared for court. My son informed the 128 judges and Your Honor that Ms. Kellman said, "the judge said that my only job was to make sure that you are placed in a mental institution." Ms. Kellman made other statements like, "the judge will protect me too..."

According to my son, Your Honor approved the filings because he informed you that he was filing his rule 60 due to "Fair and Full Credit Clause," as my son cited the Arbitrator who cited Judge Cogan when he worked for the UFT on Dec. 1, 2021

Then, my son informed you and the judges that Ms. Kellman knowingly withheld evidence and did not call witnesses to help obtain the violation

Moreover, my son emailed all top AUSAs and informed them with AUSA Karamigous and my lawyers that my lawyers and the AUSA Karamigous were responsible for how Your Honor explained the special conditions prior to violation hearing on May 4, 2022 and then informed probation and my lawyers of the case law

Lastly, it is my understanding that my son is entitled to unbiased judge and Your Honor has harmed my son to help Randi Weingarten, as Your Honor lied about your association with Sen. Schumer, who considers Ms. Weingarten like a sister. Please remember that Judge Louderbach is the only judge that openly admitted to using his office for the senator who recommended him to the Pres, Mr. Gay testified that a judge is deemed to be biased when they lie about an association (Sen. Schumer was 1 of the 88 senators who voted to convict Judge Porteous of impeachment) and there are many criminal opinions

Dear Ms. Kellman, Mr. Silverman, Officer Lombardo, and Mr. Perez

I need a video conference call on to discuss the topics that I have been emailing about. Like Mr. Perez appealing and renewing my request for pro se and/or new lawyer because he is not my choice of lawyer because choice of lawyer is also a structural error at the appeals level. Then, I need to know from Ms. Kellman why she is hiding my documents under seal

I believe there should be 3 calls in total

1) One call with Mr. Silverman and Ms. Kellman
2) another with Mr. SIlverman, Ms. Kellman and Officer Lombardo becasue I have the right to know if he forwarded the emails
3) Last call with Mr. Perez
4) The 3 lawyers and 5 minitues with officer


Please remind Ms. Kellman the issue what the 3020-a is a time sensitive issue

7/23/22, 1:03 PM                                                                                                    CorrLinks

Dear Judge Engelmayer, Mr. Silverman, Mr. Perez, Ms. Kellman, Ms. Holden (of NYSUT), Juno (don't remember the last name of NYSUT) and Officer Lombardo:

My brother has informed me that the Arbitrator has put a stay on my hearing until 7/21. It now appears that this illegal detention is meant to prevent me from defending myself and proving that Randi Wiengarten and Judge Cogan denied a fair trial because Mr. Silverman said that he did not do his job because of them and even blamed Judge Engelmayer for threatening him to disbarred if he presented my intent that Randi Weingarten and Judge Cogan fixed my case and covered up the fact that the UFT threatened to expose my rape if I conitnued with the lawsuit-- which I have is a crime by AUSA Gold, AUSA Shaw and others.

Ms. Holden told me that the stay would be until I returned if I agreed to be off of payroll until I return from detention, which I agreed too.

I request that Judge Engelmayer issue an order of stay of my 3020-a proceedings until I return to defend myself because I told 128 top judges what Mr. Silverman and Ms. Kellman said to me under the penality of perjury (with audio links--for sure a link for Ms. Kellman) pursant to 28 USC sec. 1746. Or order that I can appear via video (since it is the way the proceedings are conducted) at the proceedings. I request that NYSUT request the same of the Arbitrator, as my lawyers can set up video conferencing during my stay the BOP.

I request that Judge Engelmayer issue an order for Mr. Silverman and Ms. Kellman with thier testimony streamed live and grant me access to my audios with the borderline IQ students, all AUSAs that I spoke too, the AUSAs that I emailed, the 128 judges and especially the AUSAs of NYED

Gino, please send this to the gang with Terri, who emailed, and Jennifer Holden (Assoicate General Counsel for NYSUT) and Juno. Please tell them that I will send them a request to email and tell to accept and ask them to set up a video chat, as soon as possible because my 60 days started on July 16, which means that I will not be back in NYC unti after Oct or it could be longer

Mr. Silverman, tell Ms. Kellman to file this on Monday or Tuesday because I do not know it means a stay of 7/21 because I do not if they will review the stay and order another stay or proceed without me, as I have AUSAs saying that the UFT and DOE are trying to cover up what they did to---which you know because you helped Randi

CorrLinks

When you have the change this week, could you send to my brother what was placed under seal? Because the docket sheet you sent me does not have the filings of documents sent to the judges.

Also, I am assuming that Ms. Kellman did not answer you because I requested that you provide me with her answer or non answer about issues like mandamus

You said "many filings," the emails that I sent to you to provide to Ms. Kellman so that she can file them?

I need an updated docket sheet with her letter or letters (I preferred that she filed each email separately) to the court because she has deprived me of my rights.

Last question...what therapy? I have not been evaluated by anyone

7/23/22, 1:04 PM                                                    CorrLinks

Dear Mr. Silverman,

This is the only email that I need you answer

You never answered about the motions that are not on the docket...were they ever on the docket

Could you please check if my judicial misconduct complaints are on the docket

Also, please tell Mr. Perez that I need to speak to him as I have made many requests for this to appeal Ms. Wolfe's descision to not allow me to write my own appeal, as AUSA Gold said that she and Ms. Young committed a crime to help Judge Cogan

Always remember, even borderline line iq students knew that Judge Cogan helped the UFT with ALL THE AUSAs that I spoke to

Mr. Lombardo needs to inform his supervisiors and CJA judge about Mr. Perez because he knows Mr. Silverman did not do his job and committed a crime, per AUSA Shaw and others

7/23/22, 1:04 PM                                                           CorrLinks

Dear Mr. Silverman,

I request that the judge hold a confernce on the topic of fixed detnetion hearing and fixed trial.

As I keep on saying, I recieved a letter dated Nov. 9, 2018 that told me that I was removed from payroll and my health benfits were terminated due to an arrested. The email from Judge Cogan was not sent until Nov. 12, 2018 and I was arrested Nov. 14, 2018. This means the DOE was notified of my arrested on Nov. 14, 2018 because of my fingerprint, so it was PREPLANNED the scheme to deprive me of liberty and a fair trial by Judge Cogan and Randi Weingaten and you said that you do not do your job because of Randi Weingarten and Judge Cogan with the fact that I believe I heard Judge Engelmayer say, "it was planned this way" on May 4, 2022.

The issues are my liberty was affected by this and I was denied retro money with the fact that I have AUSAs (verablally and in letters) saying that a crime was committed agains me.

This is another item that I have numerous times for you, my other lawyers and Ms. Kellman to have addressed.

This goes Judge Engelmayer using his office for Randi Wiengarten and Sen. Schumer always says, "Randi is like a sister to me" with fact that Judge Engelamyer insinuated that I was crazy and stupid for suggesting that Sen. Schumer had anything to do with his judgship.

Everything that you did to help Randi Weingarten and Judge Cogan, like them to deprive me retro money and a fair trial because you lied about (or you met with Judge Engelmayer) what Judge Engelmayer said if you used my intent.

Dear Mr. Silverman:

I need for you to contact the UFT and the DOE because you need to inform them that I was not available to proceed to arbitration until October or Dec./Jan

Please ask Ms. Kellman to request that the judge order a stay of my 3020-a because Randi Weingarten with the UFT/NYSUT are circumvent the process and CBA to have a hearing without me there, in the same manner that he and Judge Donnelly helped the UFT/DOE to circumvent the CBA by denying me retro money, as I have the people who negotiated saying that I was entitled to retro money because my 5 months of detention was not more than a year.

The UFT/DOE claimed that I had a break in service, per NYC personnel law, a break a service is anything more than a year.

Thus far, I was denied probable cause hearing and now the UFT/DOE are trying to deprive me the chance to defend myself

Please place this on the public docket because I have do have some AUSAs on this topic

7/23/22, 1:05 PM                                                          CorrLinks

Dear Mr. Silverman,

Please inform the judge that I will not answer any questions by the psychologist until the following issues are addressed by him

1) The request for new lawyers because Ms. Kellman informed me that she conspired with Judge Engelmayer and Mr. Silverman said he conspired with Randi Weingarten and Judge Cogan
2) Illegal detention that was planned by Randi Weingarten and Judge Cogan, as my health benefits and I was taken off of payroll prior to Judge Cogan asking for it
3) HIPPA violations by you, and either AUSA Bensing or Ms. Olivera
4) The various misconduct issues with the AUSA and the subornation of perjury
5) False law enforcement report by Officer Lombardo
6) Perjury by Officer Lombardo
7) Ms. Kellman pro forma conduct on and prior to May 4, 2022, as she allowed Mr. Silverman to get away with a crime by not calling him because he lied to law enforcement
8) The Appearance, according to the AUSAs that I spoke to, that AUSAs on the case were conspiring with Mr. Silverman or previous lawyers and Mr. Silverman with others allowing the AUSAs deprive me of every single constitutional right.
9) The appearance that Judge Engelmayer knew of the outcome of the evaluation because he wrote "therapy" and he said "I'll decide how long you'll stay at the mental institution

My rights have been deprived and the judge has ignored them. Please tell Ms. Kellman that she can send this and all other submissions to the court to me here now.

I realize that the judge will not either address the issues or ignore the request because it is impossible that EVERY SINGLE AUSA that I spoke to, they know that I was deprived a fair trial, you committed crimes to help Randi Weingarten and Cogan, and the AUSAs on my case are helping Judge Cogan and/or conspiring with you

Please tell me if the judge will ordering an additional 60 days...the order for the study was obtained by fraud with my lawyers help and I do have AUSAs who said that my lawyers (depends when I spoke them) committed crimes to help cover up the crimes for Randi Weingarten Judge Cogan

I request a conference and hearing on the violation with it being streamed live with witnesses and play my audios of everyone that I ever spoke to

There are not two realities, but various discretion ...everyone sees Judge Engelmayer/Judge Donnelly was biased towards me to help Randi Weingarten and Judge Cogan

In addition, the surrender order stated "therapy" and I did not have an evaluation, so Judge Engelmayer knew the outcome prior to me surrendering on June 16, 2022, as on March 22, 2022...the judge stated that I will decide how long you will stay at the mental institution and said conference date was sent to the judges

Dear Mr. Silverman, Ms. Kellman, Mr. Perez, and Mr. Lombardo:

As always, Mr. Silverman will send the message to Ms. Kellman and my brother will send this to the gang. As I sit in Oklahoma City, i remember what Mr. Silverman did to me.

AT NO time did I ever sign a release form for Montefiore Hospital
AT NO time prior to sentencing did we ever speak about using what is contained in the documents illegally obtain and without my consent.

LET'S BE CLEAR, Mr. Silverman needed a signed consent form to obtain the documents, so he had to forge my signature

As you are aware, I audio record my conversations and I only signed 3 or 4 consent forms with Mr. Silverman saying (as did Ms. Olivera and Mr. Hueston) that he cannot use any information without my consent because it is illegal and i believe he said that he could be disbarred-- but I do not have the audio to review the conversation. Mr. Silverman basically made a similar statement, in an email, about Dr. Rathore.

This conduct goes to the fact that Mr. Silverman does not do his job because of Randi Weingarten and Judge Cogan, as he only did what helped them and screwed me and he screwed me to help them--depends on the situation

This HIPPA violation is on top of the violation of Ms. Olivera or Ms. Bensing sending my psychological reports to Ms. Edelman of the NYPOST, which Mr. Huetson to Mr. Silverman did nothing about with the fact that I brought it up to Judge Donnelly and Judge Engelmayer.


Kellman is to inform Judge Engelmayer of this and I request that if the government has the said documents, they are to return and/or destroy copies because Mr. Silverman did not have my permission to use or share the information or obtain these documents. Mr. Silverman needs to be removed this conduct because was meant to help Randi Weingarten and Judge Cogan. Mr. Silverman needs to go through the transcript and redact the information that comes from Montefiore Hospital records, as the information HAD nothing to with 18 USC Sec. 875(c). Then, Mr. Silverman needs provide the redactions to the court so that it can be redacted or stricken from record. Mr. Silverman is to return Montefiore Hospital to my brother/mother (doesn't matter to whom he sends it to), which needs to happen asap and he needs to ensure that--- NO ONE has these documents because I NEVER signed a consent form and we NEVER spoke about using the illegally obtained documents

Kellman is to request the judge issue an order to have Ms. Bensing, Ms. Oliveria, and Ms. Edelman explain how my medical records were obtained by the NYPOST, as Ms. Edelman is friends with Betsy Combier and Betsy Combier is friends with Randi Weingarten.

Mr. Lombardo and Kellman needs to inform the CJA judge of this conduct and Kellman/Perez are obligated to inform the 1st Dept.

Mr. Lombardo needs to follow protocol by informing Judge Engelamyer AND his supervisors because Chief Judge Livingston, per statue and Judicial Conference, can deal with this issue too, as there various consequences for this type of behavior

7/23/22, 1:05 PM                                                                                                    CorrLinks

Mr. Silverman, Ms. Kellman, and Mr. Lombardo

Please place this request of recusal with your own motion for recusal because my lawyers protect my interest and not help the judge, according Ms. Kellman and Mr. Silverman

Kellman: the judge told me that my only job was to ensure that you are placed in a mental institution
Silverman: the judge said that he'll have me disbarred if I presented your intent
Silverman: told me that he did not do his job because of Randi Weingarten and Judge Cogan

As always, in front of me Judge Engelmayer never made those statements, but I can prove the statements of my lawyers and I can prove Judge Engelmayer said "I called Ms. Kellman..."--at the present time, I have to say the judge's statement is only an appearance of collusion.

Dear Judge Englemayer:

Re: Motion for Your Honor to address the appearance of impropriety based on association with Sen. Schumer with Your Honor admitting that "it was planned this way" on May 4, 2022 because Your Honor used your office to help Randi Weingarten and hide Judge Cogan's crime, as AUSA Shaw, AUSA Gold with many, many other said Judge Cogan committed a crime for the UFT because he used his office for the UFT and even borderline IQ students under what Judge Cogan did to me

Since Oct 16, 2020, Your Honor has not addressed the fact that you lied to me about your association with Sen. Schumer. On said date, Your Honor insinuated that I was crazy and stupid for suggesting that Sen. Schumer had anything to do with your judgeship. I had to tell Your Honor that Sen. Schumer recommending you to Pres. Obama was part of record, as anyone can find the information on the Senate Judiciary Committee's website. FURTHERMORE, I informed Your Honor that Judge Louderbach stated for his impeachment trial that he fixed cases for Sen. Shortbridge.

I believe on April 6, 2021 (or Apirl 16), Your Honor stated that Sen. Schumer's recommendation is part of public record. Your Honor, in addition, said that no one asked for your recusal based on Sen. Schumer, which was not true because in the motion that I submitted on Jan 10, 2021; I asked for Your Honor's recusal based on Sen. Schumer. Your Honor avoids the fact that in Judge Porteous's impeachment trial, Mr. Geyh (Judicial Misconduct expert) testified for the Senate and said that when a judge lies about their association with a person, then the public view the judge as being biased and is using his or office for the person the judge lied about with the fact that lied association creates an appearances of impropriety because the public no longer trust the judge to be unbiased in said case (the crux of Geyh's statement).

On April 6, 2021, in addition, Your Honor said for the record that "you will not receive justice here," which you have kept your promise and there are many recusal cases that deal with this type of statement. As Your Honor has allowed for NYCDOE/UFT/Randi Weingarten/ Judge Cogan/ AUSAs/ and Mr. Silverman to deprive me of liberty, a remedy for the deprivation, and retaliation for telling on Judge Cogan because the DOE withheld my retro money with Your Honor's help. As I keep on telling Your Honor, AUSA Shaw and others said that what Mr. Silverman did is crime and I wrote to everyone telling them about what the AUSAs said to me about the bail hearing was a crime, which I received a letter from DOJ's Exc Office telling me about uncharged crimes.

However, Your Honor continues to avoid the appearance of impurity, as described by Mr. Geyh in Judge Porteous impeachment trial, because you lied about your association with Sen. Schumer, and your actions with statements shows that you used your office for Schumer's sister-like, Randi Weingarten

Please look at the record for a full list of how Your Honor was biased against me

1-Your Honor allowed to commit a crime against me by not presenting evidence for bail hearing==whereby denying me a remedy for illegal detention and denial of retro money by Randi Weingarten and Judge Cogan
2-Your Honor knowingly allowed AUSA to lie about federal rules of evidence

3-Your Honor knowingly allowed the AUSA to suborn perjury
4-Your Honor knowingly allowed Mr. Lombardo to submit a false report and perjury himself
5-Your Honor knowingly helped Randi Weingarten and Judge Cogan deprive me of a fair trial, as I have Mr. Silverman audio recorded

There are over 100 ways that Your Honor used your office to help Randi Weingarten

7/23/22, 1:06 PM                                                      CorrLinks

Mr. Silverman, Mr. Lombardo and Ms. Kellman

I know Mr. Silverman did his part by forwarding the messages to Ms. Kellman, but Ms. Kellman has not provided me with an answer to

1-Mandamus based on biasness judge
2-filed a motions for sanctions for perjury and subornation of perjury by the government
3-Motion to unseal the motion request for new lawyers
4-videotaping at FMC Kentucky, as the BOP is under DOJ and the government has used false reports or created false reports
5-My own evaluator of my choice with it being videotape
6-and the answers to the messages sent today

If no videotaping occurs, please place in advance a motion to invalidate the study for fraud even if it is my favor because I have all previous examination recorded or videotaped

Today is Monday and I need an by Wednesday because Ms. Kellman has had over 2 months since it was requested and it has been almost 3 weeks since she placed the motion for request for new lawyers under seal

This is misconduct and ineffective assistance of counsel BECAUSE these issues all fall under Cronic, for sure. Not doing the items above are actions/conduct/behaviors that could help to fulfill Ms. Kellman's statement of "the judge said that my only job was to make sure that you are placed in a mental institution," which, as always, the judge never said in front of me.

Mr. Silverman, please update me on Wednesday on what Ms. Kellman has to say about her misconduct...either way of an answer or no answer. This should be placed on the public docket because the public has the right to know what steps Ms. Kellman took, conintues to take, and will take to help the interest of Judge Engelmayer (according to her, but he never uttered any words in front of me where he told my lawyers not to do their jobs) .

Gino, please provide me with Lombardo's email and if Mr. Silverman or Ms. Kellman tells you not you ...they are committing a crime because they want to get away with what they have done and he has to do his job because he has allowed my lawyers to commit crimes against me. He has not choice but to forward these messages to his supervisors and they have to forward it to Chief Judge Livingston....what she does with the messages it discretional, but they have no discretion in this manner

Mr. Silverman, Mr. Lombardo and Ms. Kellman

I request that Ms. Kellman file a request to deal with Ms. Kelman's criminal conduct because she has deprived me of many rights, like liberty and fair hearing. Now, Ms. Kellman is depriving a remedy of getting rid of a criminal who has done out of her way to harm and conitnues to help Judge Englmayer by ignoring the fact that Officer Lombardo committed perjury and the AUSA Karamigous suborn perjury with the fact that she impeded people with knowledge from testifying, which is a crime too

As with all messages today, I request that the documents be placed in the public docket, as the public has the right to know what is happening to me and how my lawyers helped the judge to railroad me

Dear Mr. Silverman, Mr. Lombardo and Ms. Kellman

Please tell the judge that I have the right to have my evalation videotaped per the statue, and this was included in the emails to the judge

I need the judge address the scheme that Ms. Kellman said to me..."the judge said that my only job was to have you placed in a mental instituion" with statemets like, "the judge needs to have you discredited and it is retalition for sending the audios of him bullying you into a guilty plea."

Ms. Kellman wants the court to wait for new lawyers until after FMC Kentucky so that evalution is done, as she will not do her job of fling a mandamus or rule 60 for viod of order for fraud

Ms. Kellman and Judge Engelmayer, based on courtpapers, have this scheme downpact becasue Ms. Kellman helps Judge Engelmayer reteliate against defendant by not answering them or doing any work to protect the defendant's liberty. I am the only defendant where I caught Ms. Kellman (or where she said to the defedant) saying,"the jude said that my only job was to have you placed in a mental instituion," which the judge never said in front me.

The judge did said that he called Ms. Kellman especially for me and there was no need for her to read documents because I brought her up to speed (paraphrased)--but this was one of the audios sent to everyone, as it was March 8, 2022. I have to call it appearance of collusion because the judge's statement and that of Ms. Kellman would be up to a jury to decide if there was a conspiacy

Gino, please send this to everyone because Ms. Kellman has not done her job and continues to commit a crime against me and Mr. Lombardo needs to inform everyone, as required by the code of conduct, policy and statue 18 USC Sec. 4

Mr. Silverman, Ms. Kellman, Mr. Perez and Mr. Lombardo

Please tell Ms. Kellman to inform Judge Engelmayer and Court of Appeals of that she must, as an officer of the court, inform the court of her misconduct and that of Mr. Silverman and Mr. Perez

According to Mr. Perez, Mr. Silverman did not place my structural errors under seal because they would appear on the docket and when you click on it, nothing woud appear. This was the audio that I told Ms. Kellman to provide AUSA Karamigious.

 Mr. Perez needed to inform the court of appeals of this criminal conduct because Mr. SIlverman deprived, according to AUSA Shaw, the court of making a decision based on merits and evidence--all docuemnts had evidence

It has been over 2 months since I told Mr. Perez of his conduct that conspires with Judge Engelmayer and Mr. Silverman to deprive me access to court, as he knows of thier criminal conduct--like editing the transcripts or commiting a crime to help Randi Weingarten

I even spoke to Mr. Perez and Mr. Silverman of AUSA Gold telling me that Ms. Wolfe committed a crime and the case managers listed with the Wolfe

Ms. Kellman and Mr. Perez with Officer Lombardo to inform Chief Judge Livingston, the judge for CJA lawyers, and court of appeal. I hereby request proof that each of you did your job with Mr. Perez and Ms. Kellman telling the court of appeals that Mr. Perez is not my choice of lawyer and he has committed a crime against me

Also, Ms. Kellman please tell Judge Engelmayer that Mr. Silverman concealed his criminal conduct and place the documents that Mr. Silverman did not place on the docket on the docket becasue the public has the right to know that of Mr. SIlverman's cirminal conduct with the fact that Mr. Silverman, also said, that "the judge said  that he would have me disbarred if I presented your intent during trial because it is not your intent"---this is in the document or should be, but it is audio recoreded and I delcare under the penality of perjury 28 USC Sec. 1746

In Ms. Kellman's statement of "the judge told me that my only job was to make sure to have you placed in a mental institution" and Mr. Silverman's statement, Judge Engelmayer NEVER, EVER said to my lawyers not to do their job IN FRONT OF ME. Judge Englmayer told me--on April 6, 2021-- that "I will tell you your intent" with other statements and on April 16, 2021, Judge Engelmayer changed his tune to.."that is between you and your lawyer."  I can prove what the judge said and what he said on the 16th appears in the transcripts

I reques that the judge force Mr. Silverman explain his criminal conduct

Gino, please send this to everyone

Dear Mr. Silverman,

As I have repeatedly told Ms. Kellman and in the emails to the judges, I am entitled to have an examiner of my choosing. Please ask Ms. Kellman to provide you with an answer.

Recusal of Judge Engelmayer with all the reasons provided
1- lied about his association with Sen. Schumer....See. Mr. Geyh at Judge Porteous't trial
2-Helped Randi Weingarten, like deprived me free will of intent and fair trial
3-allowed Mr. Silverman to lie to him and commit crimes by not presenting evidence (also to help Randi and Judge Cogan deprive me of liberty and retro money), which per AUSA Shaw
4-Allowed Mr. Silverman to deprive me access to the AUSA, audio sent to Kopplin and Amundsen because he's protecting him
5-Allowed the AUSA to lie about their waiver to be on this case and federal rules of evidence, as they knew US Marshals wrote a false report, and judges been cited for misconduct because they once worked for the DOJ...and the letters from the DOJ citing the AUSAs' misconduct with the AUSAs that told it is misconduct
6-Allowed the Mr. Lombardo to present a false report and perjury himself because the judge explained it a different way
7-Allowed the AUSA to suborn perjury
8-Allowed you to commit misconduct by not being prepared and lying to him, according to you..."he knew..."
9-deprived me of a fair hearing

10- Judge Engelmayer will not address the misconduct or the need to for examination prior to FMC Kentucky because the scheme is to ensure that I am placed in a mental institution, as the order for examination was obtained by Ms. Kellman's criminal conduct

According to the Supreme Court, a court has integrity when it addresses all aspects of biasness

This is to be placed on the public docket because Judge Engelmayer even said, "it was planned this way"

G. send to her

Dear Mr. Silverman,

Please tell Ms. Kellman to place a recusal, based on all the facts that the judge avoids, and please asked her again to explain why she hasnt filed and informed me of any status updates, as this is the same behavior that she previously did with Judge Engelmayer

Also, I need Kopplin, AUSA Shaw, AUSA Amundson and others at the sentencing hearing for my lawyers' misconduct

Also, request that my hearing be streamed live because Judge Engelmayer railroaded me and hid the facts from the world

Mr. Silverman, all you have to do is forward my message and I ask my brother to forward, which I tell my brother to include Mr. Lombardo as it will be my proof that she continues to do nothing because the judge told her that her only job is to ensure that i am placed in a mental institution with the fact that you and Ms. Kellman will not place notice to the court of the fact that the government perjuried himself and the AUSA suborned perjury

7/23/22, 1:08 PM                                                        CorrLinks

Dear Mr. Silverman,

I know I asked for the documents that Ms. kellman placed under seal prior May 4, 2022 and you cannot send them until I reach Kentucky.

I still need to know if the request for new lawyers was granted seal status by the judge, please tell me so that I do not have to ask my brother. It is the public's 1st Amendment right to know how my lawyers told me that they conspired with judges and than I sent the audio of them telling to our nation's top judges because I was called a lair by the judge and the judge said, "I was protecting..." with Ms. Kellman saying, after court, "Judge Engelmayer will protect me..." According to the Supreme Court, ensuring access to the doceket by the public will ensure a fair trial or fair process....this was the crux of the desision that I remember

I am sure you sent the previous messages to Ms. Kellman and I have to wait for her wait when I arrive at Kentucky

U.S. POSTAGE PAID
WAPPINGERS FALLS, NY
12590
JUL 29, 22
**$16.50**
R2307M15215-98
AMOUNT
10007
1020
10007

CERTIFIED MAIL

7021 2720 0003 3669 7182

USMp3
SDNY

Lucio Celli
89 Widmer Rd
Wappinger Falls NY 12590

Clerk's office/Pro se office

500 Pearl st.

New York, NY 10007

RECEIVED
AUG - 1 2022
PRO SE OFFICE