UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LUCIO CELLI, | |
|---|---|
| Plaintiff, | 1:22-CV-6535 (UA) |
| -against- | |
| JUDGE ENGELMAYER, et al., | ORDER GRANTING IFP APPLICATION |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: August 2, 2022
         New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge